**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CA. 1:10-cv-00873-RMU |
| | ) |
| **DOES 1 – 5,000** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and to all interested parties:

Please note that Nicholas A. Kurtz of Dunlap, Grubb & Weaver, PLLC hereby enters his formal appearance as counsel for Plaintiff in the above-entitled case.

                                              Respectfully submitted,
                                              VOLTAGE PICTURES, LLC

DATED:  June 4, 2010

                              By:    /s/ Nick Kurtz
                                        Nicholas A. Kurtz (D.C. Bar # 980091)
                                        DUNLAP, GRUBB & WEAVER, PLLC
                                        1200 G Street, NW Suite 800
                                        Washington, DC 20005
                                        Telephone: 202-316-8558
                                        Facsimile: 202-318-0242
                                        nkurtz@dglegal.com
                                        *Attorneys for the Plaintiff*