UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**DOES 1 – 5,000** )<br>)<br>    **Defendants.** )<br>) | CA. 1:10-cv-00873-RMU |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the District Court for the District of Columbia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for VOLTAGE PICTURES, LLC in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

    Respectfully submitted,
    VOLTAGE PICTURES, LLC

DATED:  June 4, 2010

    By:    /s/ Nick Kurtz
           Nicholas A. Kurtz (D.C. Bar # 980091)
           DUNLAP, GRUBB & WEAVER, PLLC
           1200 G Street, NW Suite 800
           Washington, DC 20005
           Telephone: 202-316-8558
           Facsimile: 202-318-0242
           nkurtz@dglegal.com
           *Attorneys for the Plaintiff*