**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CA. 1:10-cv-00873-RMU |
| ) | |
| **DOES 1 – 5,000** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AMENDED ANSWER

The Court has read all the papers filed in connection with the Plaintiff's Motion to Strike the Amended Answer filed by Jeff Kowalski ("Motion") and considered the issues raised therein.

ORDERED that Plaintiff's Motion is GRANTED.  ORDERED that the Answer [Doc. No. 5] and Amended Answer [Doc. No. 7] filed Jeff Kowalski be stricken; and

ORDERED that Jeff Kowalski be dismissed from this case with prejudice;

ORDERED that Plaintiff shall provide Mr. Kowalski with a copy of this Order.


Dated: _____      _____
                                                                                 Hon. Ricardo M. Urbina
                                                                                 United States District Judge

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 6, 2010, a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AMENDED ANSWER was sent via first-class mail to the following:

          Jeff Kowalski
          17445 Roosevelt Rd.
          Hemlock, MI 48626

          /s/ Nick Kurtz
          Nicholas A. Kurtz