UNITED STATED DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Voltage Pictures, LLC,
Dunlap, Grubb & Weaver
1200 G Street, NW Suite 800
Washington, DC 20005
202-316-8558

     Plaintiff,

 -versus-

Jeffrey Scott Kowalski,
17445 Roosevelt Rd
Hemlock, MI 48626
989-607-4572
me@jeffkowalski.com

     Defendants.

C.A. 1:10-cv-00873-RMU

Judge _____

### Notice of Withdrawal and Request for Dismissal

The Defendant Mr. Kowalski hereby gives notice and requests all filings by Mr. Kowalski for the above referenced case be withdrawn from the Court Docket. The Defendant requests dismissal from the action without prejudice.

Respectfully submitted,

Jeff Kowalski

17445 Roosevelt Rd

Hemlock, MI 48626

Telephone: 989-607-4572

E-mail: me@jeffkowalski.com

Defendant

*/s/ Jeffrey Kowalski*

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, July 29, 2010, a true and correct copy of the foregoing Amended Answer was sent via facsimile, e-mail, and first-class mail to the Plaintiff.

/s/ Jeff Kowalski

Jeffrey S. Kowalski