**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VOLTAGE PICTURES, LLC**         ) | |
|                                                             ) | |
|     **Plaintiff,**                         ) | |
|                                                             ) | |
| v.                                                       ) | CA. 1:10-cv-00873-RMU |
|                                                             ) | |
| **DOES 1 – 5,000**                              ) | |
|                                                             ) | |
|     **Defendants.**                  ) | |
| _____) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF
TIME TO NAME AND SERVE DEFENDANTS [Fed. R. Civ. P. 4(m)]**

The Court having considered Plaintiff's motion for an extension of time to name and serve the Defendants pursuant to Federal Rules of Civil Procedure 4(m);

ORDERED, good cause having been shown, Plaintiff shall name and serve the Defendants within 180 days of entry of this Order.

Dated: _____

                                                        Hon. Ricardo M. Urbina
                                                        United States District Judge