### Declaration of Salil Kadam in Support of and Omnibus Motion to Quash and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2)

COMES NOW Salil Kadam and hereby declares:

1. I am Salil Kadam, a customer of Qwest Communications International Inc., ("Qwest"), and received a letter from Qwest on or about September 7, 2010 advising me that Qwest would release my personal information associated with IP address 174.22.224.236 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by October 7, 2010.

2. I am a resident of Scottsdale, Arizona, where I have lived since 2008.

3. I have not transacted any business in the District of Columbia.

4. I have not contracted to supply services in the District of Columbia.

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States that the foregoing is true and correct.

DATE: October 5, 2010

_Salil Kadam_
Salil Kadam