## Declaration of Blake Leverett in Support of Omnibus Motion to Quash and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2)

COMES NOW Blake Leverett and hereby declares:

1. I am Blake Leverett, a customer of Qwest Communications Co., LLC ("Qwest") who received a letter from Qwest on or about September 24, 2010 advising me that Qwest would release my personal information associated with **IP address 97.112.148.232** to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 30, 2010.

2. I am a resident of Colorado Springs, Colorado where I have lived since __1989__.

3. I have not transacted any business in the District of Columbia.

4. I have not contracted to supply services in the District of Columbia.

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States that the foregoing is true and correct.

DATE: __Sept 28__, 2010        _____
                                Blake Leverett