UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOLTAGE PICTURES, LLC ) | Case No. 1:10-cv-00873-RMU |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DOES 1-5,000 ) | |
| ) | |
| Defendants. ) | |

## DECLARATION IN SUPPORT OF MOTION TO QUASH SUBPOENA AND MOTION TO DISMISS DEFENDANT JOHN DOE (97.120.111.248)

COMES NOW DOE (97.120.111.248)[1] and hereby declares:

1. I am a residential customer of Qwest Internet Services. I was notified in a letter from Qwest on August 31, 2010 that information related to the IP address 97.120.111.248 was subpoenaed by plaintiffs in association with this case. The letter from Qwest indicated that Qwest's records show this IP address was associated with my Qwest internet service on April 9 2010, at the time identified in plaintiff's subpoena. The letter from Qwest informed me that unless I responded to plaintiff's attorneys or to this court, Qwest would disclose my personally identifying information and "copies of any Internet traffic" in response to the subpoena.

2. I am a resident of Portland, Oregon, where I have lived since 2008. I was an Oregon resident at the time identified in plaintiff's subpoena. Prior to my residence in Oregon, I

---

1   The real party in interest has signed this Declaration with a pseudonym so as not to disclose the personally identifying information that is the object of the subpoena and the subject of the Motion to Quash.

was a resident of the state of Washington. At no time have I ever been a resident of the District of Columbia.

3. I have not transacted any business in the District of Columbia.

4. I have not contracted to supply services in the District of Columbia.

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation, or agreement located or executed to be performed in the District of Columbia.

8. I do not do business in or solicit business from the District of Columbia, or sell products or services in the stream of commerce which might enter the District of Columbia.

9. I do not derive any income from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

11. I do not consent to personal jurisdiction in any court in the District of Columbia.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Dated this 1st day of October, 2010

Doe (97.120.111.248)

*John Doe*

/s/ JOHN DOE