# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VOLTAGE PICTURES LLC** )<br>)<br>    **Plaintiff,** )<br>)<br>)<br>**v.** )<br>)<br>)<br>**DOES 1-5,000** )<br>    **Defendants** )<br>)<br>)<br>)<br>_____) | Case No.: 1:10-cv-00873-RMU<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER

Before this Court is the Motion of the Moving Defendants to quash and dismiss the Rule 45 subpoena that Plaintiff served seeking information on the Moving Defendants from Cox Communications. Upon review of the Motion and the entire record, it is ORDERED and the Motion is GRANTED and the subpoenas issued to Cox pertaining to the Moving Defendants are QUASHED and the case DISMISSED against the Moving Defendants.

Date:_____                              _____
                                                                                Ricardo M. Urbina
                                                                                United States District Judge