# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VOLTAGE PICTURES, LLC | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No.1:10-CV-00873-RMU |
| v. | ) | |
| | ) | |
| DOES 1-5,000, | ) | |
| | ) | |
| *Defendant.* | ) | |

## DEFENDANTS UNCONTESTED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS REPLY MEMORANDUM IN RESPONSE TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH/MOTION TO DISMISS

Moving Defendants, hereby respectfully move this Court, pursuant to Fed. R. Civ. P. 7(b) for entry of the attached Order extending the time for the Moving Defendants to file its Reply Memorandum in response to the Plaintiff's Opposition to the Defendants' Motion to Quash/Motion to Dismiss. For its reasons, the Moving Defendants rely upon the following authority:

1. Due to the complexities of this case, including the fact that numerous unnamed Doe Defendants have been served, the Plaintiff has preemptively filed its response motion, only two days after the Moving Defendant's initial filing.

2. At this time, the Moving Defendants are unable to respond within the seven (7) day window accorded by LCvR 7.

3. All parties, including the Plaintiff, have agreed that an extension of time would not be

unreasonable. Furthermore, because the Court has not had an opportunity to process each of the initial requests in this, and a factually-similar case also before this Court,[1] the Moving Defendants are concerned that their Reply Motion may not be processed in time to meet the seven (7) day Reply deadline under LCvR 7(d), and hereby request an extension of time to November 5, 2010 to file a reply.

### Statement of Compliance with LCvR 7 (m)

Pursuant to LCvR 7(m), Moving Defendants discussed this motion with Plaintiff's counsel by telephone on October 25, and counsel for the Plaintiff advised the Moving Defendants that it would have no objection to a brief extension of time for the Moving Defendants to file its Reply Memorandum.

Wherefore, Defendant respectfully requests the entry of the attached Order granting the Moving Defendants an extension of time to November 5, 2010, for the filing of its Reply Memorandum in response to the Plaintiff's Memorandum of Points and Authorities in Opposition to the Defendant's Omnibus Motion to Quash & Dismiss.

Dated this 2_ day of October, 2010

Respectfully submitted,

By _/s/_ Carey N. Lening_____
Carey N. Lening, Esq.
D.C. Bar No. 449284
Law Office of Carey N. Lening, Esq.
1325 G St. NW Ste 500
Washington, D.C.  20005
Telephone: 202-709-4529
Facsimile: 888-525-4423

---

[1] The case in reference is <u>Call of the Wild Movie, LLC v. Does 1-1,062</u>, 1:10-cv-00455-RMU.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                    )
VOLTAGE PICTURES, LLC               )
                                    )
       *Plaintiff,*              )
                                    )   Civil Action No.1:10-CV-00873-RMU
    v.                              )
                                    )
DOES 1-5,000,                       )
                                    )
       *Defendant.*              )
_____)

## [PROPOSED] ORDER

Before the Court is the Moving Defendants' Uncontested Motion for a an Extension of Time to File the Moving Defendants' Reply to Plaintiff's Memorandum in Opposition to Moving Defendants' Omnibus Motion to Quash/Motion to Dismiss. Upon review of the motion and the entire record it is ORDERED that the motion is GRANTED and the deadline for the Moving Defendants to file a Reply Motion is hereby extended to November 5, 2010.

Date:_____        _____
                                        Ricardo M. Urbina
                                        United States District Judge