COMMONWEALTH OF WASHINGTON DC

County where case is, SS.            SUPERIOR COURT
                                     CIVIL ACTION NO. __1:10-cv-00873-RMU___

NAME
    Voltage Pictures, LLC

V

NAME
    DOES 1-5,000

## MOTION TO QUASH TRIAL SUBPOENA

Now comes Party ("PARTY") and moves this court for an order quashing the DEPOSITION OR TRIAL subpoena ordering me to respond by November 15, 2010.

As grounds, PARTY states the following:

1. According to Federal Rule of Civil Procedure 45,
    3 Quashing or Modifying a Supoena
        A(ii) requires a person who is neither a party nor a party's officer to travel more then 100 miles from where that person resides, is employed or regularly transacts business in person.
        A(iii) requires disclosure of privileged or other rotected matter, if no exception or waiver applies
        A(iv) subjects a person to undue burden.
        B(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

WHEREFORE, PARTY prays his motion to quash the subpoena for untimeliness be ALLOWED.

Respectfully submitted,

*[signature]*

10/27/2010

Audrey Kalblinger
15006 North Freya St Mead, WA 99021
509-466-5082

I hereby certify that a true copy of this pleading was on 10/27/10 served by first-class mail on OTHER PARTY'S LAWYER OR OTHER PARTY IF NO LAWYER At ADDRESS

10/27/10



RECEIVED
OCT 29 2010
Clerk, U.S. District and
Bankruptcy Courts