**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** )<br>)<br>  **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**DOES 1 – 5,000** )<br>)<br>  **Defendants.** )<br>_____) | CA. 1:10-cv-00873-RMU |

**ADDITIONAL CERTIFICATE OF SERVICE FOR PLAINTIFF'S OPPOSITION TO**

**MOTIONS TO QUASH [DOC. NO. 18] AND REQUEST FOR SANCTIONS**

**(filed as Doc. No. 19)**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 23, 2010, a true and correct copy of PLAINTIFF'S OPPOSITION TO MOTIONS TO QUASH [DOC. NO. 18] AND REQUEST FOR SANCTIONS was sent via first-class mail as follows:

        Graham Syfert, Esq.
        Affinity Law Firm
        3947 Boulevard Center Drive, Suite 101
        Jacksonville, FL 32207
        *Copies via email to: syfert@gmail.com, gsyfert@affinitylawfirm.com*


        /s/ _____
        Jeffrey Weaver

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 23, 2010, a true and correct copy of ADDITIONAL CERTIFICATE OF SERVICE FOR PLAINTIFF'S OPPOSITION TO MOTIONS TO QUASH [DOC. NO. 18] AND REQUEST FOR SANCTIONS (filed as Doc. No. 19) was sent via first-class mail as follows:

    Graham Syfert, Esq.
    Affinity Law Firm
    3947 Boulevard Center Drive, Suite 101
    Jacksonville, FL 32207
    *Copies via email to: syfert@gmail.com, gsyfert@affinitylawfirm.com*

          /s/ _____
          Jeffrey Weaver