**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    CA. 1:10-cv-00873-RMU |
| | ) |
| **DOES 1 – 5,000** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

**CONSENT MOTION TO WITHDRAW MOTION TO QUASH SUBPOENA**

**[DOC. NO. 21]**

The parties hereby move to withdraw the motion to quash the subpoena [Doc. No. 21] as it pertains to Doe Defendant Darcie Dikeman.  Good cause exists to withdraw the motion for this one Doe Defendant, as the parties have reached an amicable resolution of this matter.

Date: December 8, 2010                                       Respectfully submitted,

By  /s/
Thomas M. Dunlap (D.C. Bar No. 471319)
Nicholas A. Kurtz (D.C. Bar No. 980091)
DUNLAP, GRUBB & WEAVER PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone:  202.316.8558
Facsimile:  202.318.0242
Email: tdunlap@dglegal.com
       nkurtz@dglegal.com

*Attorneys for Plaintiff Voltage Pictures, LLC*

By  /s/
Thomas Schaufelberger (DC 371934)
SAUL EWING LLP
2600 Virginia Ave., NW, Suite 1000
Washington, DC 20037-1922
Telephone: 202-333-8800
Fax: 202-337-6065
Email: tschaufelberger@saul.com
 -and-
Jason G. Shoemaker
The Shoemaker Law Firm, PLLC
203 Archway Court, Suite C
Lynchburg, VA 24502
Telephone: 434-237-4891
Fax: 434-237-4893

*Attorneys for Moving Doe Defendant*
*Darcie Dikeman*

1