**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CA. 1:10-cv-00873-RMU |
| ) | |
| **DOES 1 – 5,000** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO WITHDRAW MOTION**

**TO QUASH SUBPOENA [DOC. NO. 21]**

The Court having considered the parties' motion to withdraw the motion to quash the subpoena [Doc. No. 21] as it pertains to Doe Defendant Darcie Dikeman;

ORDERED, good cause having been shown, the motion to quash the subpoena shall be withdrawn and no further filings or orders shall issue regarding Doe Defendant Darcie Dikeman.

Dated: _____          _____
                                                                   Hon. Ricardo M. Urbina
                                                                   United States District Judge