UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   CA. 1:10-cv-00873-RMU |
| | ) |
| **DOES 1 – 5,000** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

**PLAINTIFF'S OPPOSITION TO MOTION TO QUASH/MOTION TO DISMISS**

**[DOC. NO. 23]**

Plaintiff hereby opposes moving John Doe's (IP address 93.36.141.178) motion to quash/motion to dismiss. [Doc. No. 23] As moving John Doe's motion is a joinder in the omnibus motion previously filed by other Doe Defendants [Doc. No. 12] and does not raise any additional issues, Plaintiff hereby adopts, relies upon, and incorporates by reference Plaintiff's previously filed opposition to the omnibus motion [Doc. No. 13] as Plaintiff's opposition hereto. A true and correct copy of Doc. No. 13 is attached as Exhibit 1 hereto.

                                                Respectfully Submitted,
                                                VOLTAGE PICTURES, LLC

DATED: December 22, 2010

                              By:   /s/
                                                Thomas M. Dunlap (D.C. Bar # 471319)
                                                Nicholas A. Kurtz (D.C. Bar # 980091)
                                                DUNLAP, GRUBB & WEAVER, PLLC
                                                1200 G Street, NW Suite 800
                                                Washington, DC 20005
                                                Telephone: 202-316-8558
                                                Facsimile: 202-318-0242
                                                tdunlap@dglegal.com
                                                nkurtz@dglegal.com
                                                *Attorney for the Plaintiff*