# Notice of Objection

To: United States District Court for the District of Columbia
   333 Constitution Ave, N.W., Room 1225
   Attention Clerk of Court
   Washington DC 20001


Re: Civil Action No: 1:10-cv-00873-RMU

Court Case: Voltage Pictures, LLC (the "Plaintiff") v. Does 1-5000, 1:10-cv-00873-RMU
Court United States District Court District of Columbia
Charter Case Number 10-5044
ID Number 1324

I object to the release of my information to Voltage pictures in this matter for the following reasons:

1. No one in this household downloaded this movie.
2. I have a wireless connection in my home and live directly in front of an apartment complex (within 50 feet). I have been told that people in these apartments have connected to the Internet on my wireless connection.
3. I cannot afford a lawyer nor a settlement in this matter, as my only income is Social Security SSI.
4. The notice lists 2 separate downloads 2010-03-08 and 2010-06-26 it is unreasonable that once downloaded anyone would download the same movie again.

I request the court Quash this subpoena as it pertains to me. This letter was prepared for me by my Step Father, James Doute.


Michael B. Parker
P.O. Box 492
Jefferson City, TN 37760
/Michael B. Parker/

Notary X Pamela W. Aldred
Expires 3/28/12

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Voltage Pictures, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:10-cv-00873-RMU |
| DOES 1-5,000 | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Charter Communications, Inc., Attn: Custodian of Records
12405 Powerscourt Drive, St. Louis, MO 63131; Fax: 314-909-0609

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC<br>1200 G Street, NW Suite 800, Washington, DC 20005 | Date and Time:<br>10/18/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/19/2010

*CLERK OF COURT*

OR _____

*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____Plaintiff_____
Voltage Pictures, LLC _____, who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 1200 G Street, NW Suite 800, Washington, DC 20005
Tel: 877-223-7212, Fax: 866-874-5101, email: subpoena@dgwlegal.com

**Full docket text:**
MINUTE ORDER granting [4] motion for order. Upon consideration of the plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference, it is hereby ORDERED that the motion is GRANTED. SO ORDERED. Signed by Judge Ricardo M. Urbina on 06/25/2010. (EN, )

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/30/2010 14:19:58 | | | |
| PACER Login: | dg1227 | Client Code: | Voltage |
| Description: | History/Documents | Search Criteria: | 1:10-cv-00873-RMU |
| Billable Pages: | 1 | Cost: | 0.08 |