Leave to file GRANTED

*[signature]* 3/24/11

Beryl A. Howell          Date
United States District Judge

United States District Court
for the
District of Columbia

Voltage Pictures, LLC

    V.                                                      Civil Action No. 1:-cv-00873-RMU

Does 1-5,000

Defendant Motion to Quash

Dear Honorable Judge of the US District Court for the District of Columbia,

I am respectfully asking that the subpoena be quashed. Our IP address (68.184.152.100) has been identified as one being linked to an illegal down load of a movie belonging to Voltage Pictures, LLC. We did not download any movies. We obtain our internet via DSL wireless. Until 2/8/11 the night we received the notice from Charter, our wireless access was not password protected. Any one within so many miles of our house could have connected to the internet through our IP address.
The times listed are not times that we would be awake. In the home there is myself, my husband and our son. My husband is up by 2:30 a.m. for work so he is in bed by 8-8:30 p.m. My son's bed time is 10 p.m. and I follow shortly after.
I sincerely hope that you consider and grant our request.

Respectfully yours,
*[signature]*
Khaled Hamed
100 Kelleytown Woods Dr.
McDonough, GA. 30252
678-432-9637

RECEIVED
Mail Room
MAR 17 2011
Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOLTAGE PICTURES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-5,000,<br><br>Defendants. | Civil Action No. 10-00873 (BAH)<br>Judge Beryl A. Howell |

## MEMORANDUM OPINION AND ORDER

Plaintiff has filed this copyright infringement action alleging that the defendants, who are denominated as Does 1-5,000, have illegally copied and distributed Plaintiff's motion picture, *The Hurt Locker*, using a peer-to-peer file sharing protocol called BitTorrent. BitTorrent is a software program that enables users to download pieces of data directly from other users' computers.[1] Compl., ¶ 3. The software then organizes the data into a complete and cohesive media file that can be viewed on a requester's computer. *Id.* These downloads are accomplished through a decentralized network of individual computers and generally without the aid of an intermediary server. According to the plaintiff, due to the manner in which BitTorrent works, "every infringer is simultaneously stealing copyrighted material from many ISPs in numerous jurisdictions around the country." *Id.* at ¶4.

Plaintiff has identified the Internet Protocol ("IP") addresses of the computers offering for upload parts of the plaintiff's motion picture, together with the date and time at which the alleged infringement activity was observed. Pl.'s Mot. For Leave to Take Disc. Prior to Rule

---

[1] Plaintiff argues that because data is typically transferred both to and from BitTorrent users, "every downloader [is] also an uploader of the illegally transferred file(s)." Compl., ¶ 3.