Leave to file GRANTED

*[signature]* 3/25/11

Beryl A. Howell   Date
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VOLTAGE PICTURES, LLC,

                Plaintiff,                    Case 1:10-cv-00873-RMU

v.

ADAM CESCHIN
2219-29th Avenue
Kenosha WI 53140

                Defendants,

*PRO SE* MOTION TO QUASH SUBPOENA ISSUED BY PLAINTIFF
AND TO DISMISS CASE AS AGAINST ADAM CESCHIN

1. I, *pro se*, based upon my accompanying declaration, move to quash the subpoena issued by the plaintiff, Voltage Pictures, LLC ("Voltage") to my Internet Service Provider, Charter Communications, Inc. ("Charter"), and to dismiss any actual or potential claims by Voltage against me.
2. I, also, join the Omnibus Motion and Memorandum to Quash filed by Carey N. Lening, Esq., on behalf of March Richards, Salil Kadam, Blake Leverett and John Doe (IP address 97.120.111.248)(Docket Entry 12) and adopt, rely upon and incorporate by reference the arguments, points and authorities set forth therein or in any other motion to quash filed in this action.
3. Based on the foregoing, I respectfully request the Court to quash the plaintiff's subpoena to Charter and dismiss any claims that Voltage may assert against me based on a lack of personal jurisdiction.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed January 4, 2011

                s/ADAM CESCHIN

Received
Mail Room
MAR 21 2011
Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VOLTAGE PICTURES, LLC,

        Plaintiff,                                  Case 1:10-cv-00873-RMU

v.

ADAM CESCHIN
2219-29th Avenue
Kenosha WI 53140

        Defendants,

DECLARATION IN SUPPORT OF
MOTION TO QUASH SUBPOENA ISSUED BY PLAINTIFF
AND TO DISMISS CASE AS AGAINST ADAM CESCHIN

ADAM CESCHIN, a potential defendant, declares under penalty of perjury, as follows:
1. This Declaration is made in support of my *pro se* motion to quash the subpoena issued by the plaintiff and to dismiss plaintiff's actual or potential claims against me.
2. I have received, at the address of a relative, a copy of a subpoena and correspondence dated December 29, 2010, stating, among other things, that my IP address is 24.197.248.55 and my ID number is 1387. Voltage has asserted that the movie *The Hurt Locker* may have been improperly downloaded through my Charter account; Voltage is seeking disclosure of my identity and personally identifying information from Charter and, upon such disclosure, I will likely be named as a defendant in Voltage's lawsuit. A copy of said subpoena and a redacted copy of the accompanying correspondence I indirectly received from Charter are attached as Exhibit 1.
3. While I acknowledge that Charter was my ISP at the time identified in Exhibit 1, I deny that I downloaded the movie *The Hurt Locker* at any time through my account with Charter or any other ISP.
4. I have never resided in or had any significant contacts with the District of Columbia; in fact, I have never traveled to or within the District of Columbia, and I do not own any property there, real or personal. Accordingly, I do not consent to personal jurisdiction therein.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed January 4, 2011

                                s/ADAM CESCHIN

**𝕁 Charter™**

Charter Communications, Inc.
Legal Department
12405 Powerscourt Dr
St Louis, MO 63131
Fax: 314-909-0609

## IMPORTANT LEGAL NOTICE: PLEASE READ CAREFULLY

December 29, 2010

*OBJECTION DEADLINE*

ADAM CESCHIN
2219 29TH AVE
KENOSHA, WI 53140-1711

# January 13, 2011, 4:00 pm CT

### References Used In This Notice

- Court Case: Voltage Pictures, LLC (the "Plaintiff") v. Does 1-5,000, 1.10-cv-00873-RMU
- Court: UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA
- Copyrighted Work: Hurt Locker
- Identifying Information: Accountholder Name, Address(es), Telephone Number, Modem MAC Address
- Charter Case Number:10-5044
- Your ID Number: 1387

Dear Sir or Madam.

Charter has received a subpoena from attorneys for the Plaintiff seeking certain information about your Charter internet account ("Account"), including the Identifying Information listed above. The Court has issued an order compelling Charter to disclose this information relating to your Charter Account. Charter respects the privacy of its subscribers, and will disclose customer information only to the extent required by law, as indicated in Charter's privacy policy on www.charter.com. Because a court order authorizes the Plaintiff to obtain this information, Charter must disclose these records unless you formally oppose disclosure in the Court by the objection deadline stated above. Copies of the court order and subpoena are attached.

Charter records indicate that an IP address listed on an exhibit to the subpoena was assigned to your Account at the given date and time. Below is a copy of the log that associates the IP with your Account in this format: IP Address – Modem MAC – CPE MAC – IP Lease Start Time – IP Lease End Time.
24.197.248.55 00:1b:2f:1e:92:32 00:1b:2f:1e:92:34 2010-03-05 07:59:14 2010-05-19 07:54:55

**Please note**: Charter cannot provide you legal representation and cannot object to the subpoena or court order on your behalf. If you wish to take action in this matter, you should contact an attorney immediately, who can advise you of your specific legal rights. If you intend to oppose the order, you should do so without delay in the court identified in the subpoena and order. **AN OBJECTION MADE SOLELY TO CHARTER IS INSUFFICIENT; OBJECTIONS MUST BE MADE DIRECTLY TO THE COURT. HOWEVER, CHARTER MUST BE NOTIFIED OF AN OBJECTION NO LATER THAN THE OBJECTION DEADLINE GIVEN ABOVE.**

If you file an opposition to the order, you or your attorney should provide a copy of the objection you submitted with the Court to Charter (attention Kelly Starkweather via facsimile at 314-909-0609) by the objection deadline stated above so that Charter may withhold disclosure of your information. **PLEASE CLEARLY INDICATE IN YOUR COPY TO CHARTER (1) THAT YOUR OBJECTION WAS MADE TO THE COURT AND (2) PROVIDE YOUR NAME AND ADDRESS OR A COPY OF THIS LETTER, EVEN IF YOUR OBJECTION TO THE COURT IS ANONYMOUS. WITHOUT THIS INFORMATION CHARTER CANNOT WITHHOLD DISCLOSURE OF YOUR INFORMATION.**

Questions regarding your legal rights should be directed to the attorney of your choice. If you or your attorney has questions regarding the subpoena itself, you should contact the requestor directly. If you have any questions regarding your Account, Charter's policies or this correspondence, you should review the attached FAQs or the named accountholder may call Charter's Security Department directly at 866-228-0195. Please have this letter in hand if you call because you will be asked to confirm information contained herein.

Sincerely,

**Charter Communications, Inc.**

Enclosures

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Voltage Pictures, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:10-cv-00873-RMU |
| DOES 1-5,000 | ) |
| | ) (If the action is pending in another district, state where |
| *Defendant* | ) ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Charter Communications, Inc., Attn: Custodian of Records
12405 Powerscourt Drive, St. Louis, MO 63131, Fax: 314-909-0609

☑ *Production*. **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC 1200 G Street, NW Suite 800, Washington, DC 20005 | Date and Time: 10/18/2013 10:00 am |
|---|---|

☐ *Inspection of Premises*. **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/19/2010

*CLERK OF COURT*                        OR    /s/ signature

_____                        _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Plaintiff__
__Voltage Pictures, LLC__, who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 1200 G Street, NW Suite 800, Washington, DC 20005
Tel: 877-223-7212, Fax: 866-874-5101, email: subpoena@dgwlegal.com

District of Columbia live database-History/Documents Query                                 Page 1 of 1

**Full docket text:**
MINUTE ORDER granting [4] motion for order. Upon consideration of the plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference, it is hereby ORDERED that the motion is GRANTED. SO ORDERED. Signed by Judge Ricardo M. Urbina on 06/25/2010. (EN, )

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/30/2010 14:19:58 | | | |
| PACER Login: | dgl227 | Client Code: | Voltage |
| Description: | History/Documents | Search Criteria: | 1:10-cv-00873-RMU |
| Billable Pages: | 1 | Cost: | 0.08 |

## FREQUENTLY ASKED QUESTIONS

**Q: Why did I receive this letter?**
A: Charter received a subpoena related to the Court Case described below. As part of the subpoena, the Plaintiff sent Charter a list of IP addresses that allegedly downloaded and/or distributed the Copyrighted Work on a specific date and time. An IP address on that list was associated with your Charter internet account; your corresponding IP address log was stated in the letter you received. Because of this association, Charter is required to disclose your Identifying Information pursuant to the subpoena and court order. The MAC address is a unique number assigned to your modem.

**Q: What is this Court Case about?**
A: The Plaintiff has filed a lawsuit alleging that certain persons have infringed their copyrights by downloading and/or distributing the Copyrighted Work and has issued subpoenas to learn the identities of these persons. However, the Plaintiff does not know the actual identities of these persons – it only knows the Internet Protocol address ("IP address") of the internet account associated with the alleged activity. Accordingly, the Plaintiff has filed this lawsuit against anonymous "John Doe" defendants and has issued a subpoena pursuant to a court order to determine the identities of the anonymous Doe defendants. As described above, one of these subpoenas has been sent to Charter as your internet service provider. If the Plaintiff receives your Identifying Information, you will likely be added as a named defendant to the lawsuit.

**Q: Am I being charged with a crime?**
A: This notice relates solely to a civil lawsuit, not a criminal investigation.

**Q: Can Charter give me legal advice and/or object to this subpoena on my behalf?**
A: NO. This notice does not provide legal advice and Charter cannot advise you on what grounds exist, if any, to object to this subpoena. If you would like legal advice you should consult your own attorney. You can seek legal assistance from several sources, such as private attorneys, community legal aid organizations, bar association referral services, legal clinics at universities, and advocacy groups specializing in making such objections.

**Q: Has Charter disclosed my name and contact information to the Plaintiff yet?**
A: NO. Your Identifying Information has not been disclosed yet. However, it will be disclosed unless you object to the subpoena by following the steps outlined below before the objection deadline stated in the letter.

**Q: What must I do if I do not want my Identifying Information disclosed to the Plaintiff?**
A: If you do not want your information disclosed, you must object directly to the court identified in the order and subpoena by the objection deadline stated in the letter. You must also notify Charter by sending a copy of this objection to the attention of Kelly Starkweather via fax to 314-909-0609. Please clearly indicate in your copy to Charter (1) that your objection was made to the court and (2) provide your name and address or a copy of the letter, even if your objection to the court is anonymous. Without this information Charter cannot withhold disclosure of your information. If you object to the subpoena directly to the court, your Identifying Information will not be disclosed until the court rules on your motion. Please note that an objection made solely to Charter is insufficient; it must be made to the court.

In summary, to prevent the disclosure of your Identifying Information, the following steps must be taken.
1. You must object to the subpoena directly to the court before the objection deadline.
2. You must notify Charter and send a copy of this objection to the court before the objection deadline. This copy should be sent by fax to 314-909-0609 to the attention of Kelly Starkweather and must (1) clearly indicate that your objection was made to the court and (2) provide your name and address or a copy of the letter, even if your objection to the court is anonymous.
3. Remember that objections must be made to the court; objections made solely to Charter will not prevent the disclosure of your Identifying Information

**Q: What if I do nothing?**
A: Charter is required to disclose your Identifying Information to the Plaintiff.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VOLTAGE PICTURES, LLC,

        Plaintiff,                         Case 1:10-cv-00873-RMU

v.

ADAM CESCHIN
2219-29th Avenue
Kenosha WI 53140

        Defendants,

PROPOSED ORDER

Upon the issuance of subpoenas by the plaintiff, Voltage Pictures, LLC, to various Internet Service Providers seeking personal information about their customers prior to the discovery conference held pursuant to FRCP 26(f), and

Upon consideration of the motion of ADAM CESCHIN to quash said subpoenas pursuant FRCP 45©(3) and to dismiss the action pursuant to FRCP 12(b)(2), it is hereby

ORDERED that the subpoenas issued by plaintiff in this action are hereby quashed, and it is further

ORDERED that the action is hereby dismissed with prejudice.

                                                                    So Ordered:

Date_____/20_____               _____
                                                             Ricardo M. Urbina, USDJ

Case 1:10-cv-00873-RMU
## CERTIFICATE OF SERVICE 7(m)

I am ADAM CESCHIN. On March 6, 2011, I sent a true and complete copy of the foregoing Motion to Quash/Dismiss to the following parties and/or their attorneys of record through the court by first class mail through the U.S. Postal Service, or by fax as noted below:

| | |
|---|---|
| Thomas Mansfield Dunlap, Esq.<br>Nicholas A. Kurtz, Esq.<br>DUNLAP, GRUBB, and WEAVER, PLLC<br>*Attorneys for Plaintiff*<br>199 Liberty Street S.W.<br>Leesburg, VA 20175<br>Tel: (202)316-8558<br>Fax: (202)318-0242<br>Email: tdunlap@dglegal.com<br>Email: nkurts@dglegal.com | via FIRST CLASS MAIL |
| Thomas S. Schaufelbrger<br>SAUL EWING LLP<br>*Attorneys for Verizon Online*<br>2600 Virginia Ave., N.W.<br>Suite 100<br>Washington D.C. 20037<br>Tel: (202) 295-6609<br>Fax: (202) 295-6709<br>Email: tschauf@saul.com | via FIRST CLASS MAIL |
| Carey N. Lening, Esq.<br>*Attorney for Mark Richards, Salil Kadam, Blake Leverett, and John Doe (IP Address 97.120.111.248.)*<br>1325 G Street, NW<br>Suite 500<br>Washington, DC 20005<br>(202) 709-4529<br>Email: carey.lening@careylening.com | via FIRST CLASS MAIL |
| Kelly Starkweather<br>Charter Communication, Inc.<br>Legal Department<br>12405 Powerscourt Drive<br>St. Louis, MO 63131 | via FAX: (319) 909-0609 |

Jeff Kowalski, Pro Se                                        via FIRST CLASS MAIL
17445 Roosevelt Road
Hemlock, MI 48626
Tel: (989) 607-4572

Janyth D. Girard, Pro Se                                     via FIRST CLASS MAIL
1017 Market Street
Corvallis, MT 59828
Tel: (406) 961-4191

Margaret Wenzek, Pro Se                                      via FIRST CLASS MAIL
3626 Fifth Avenue South
Great Falls, MT 59405

Audrey Kalblinger, Pro Se                                    via FIRST CLASS MAIL
15006 North Freya Street
Mead, WA 99021
Tel: (509)466-5082

Oliver Blaise, III, Esq.                                     via FIRST CLASS MAIL
D.C. Dist. Ct. Bar No. NY0067
COUGHLIN and GERHART, LLP
*Attorneys from John Doe (IP address 93.36.141.178)*
19 Chenango Street
P. O. Box 2039
Binghampton NY 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
Email: oblaise@cglawoffices.com


     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed January 11, 2011.

                                                        s/ADAM CESCHIN