UNITED STATES DISTRICT COURT,

COUNTY OF DISTRICT OF COLUMBIA

ADAM OWENSBY, listed as, Does 1-5000 ,

Plaintiff,

vs.

Voltage Pictures,

Defendant.

Leave to file GRANTED

_/s/ B. Howell_  3/25/11
Beryl A. Howell          Date
United States District Judge

CASE NO. 1:10-cv-00873-RMJ

MOTION AND NOTICE OF MOTION FOR ORDER   QUASH   SUBPOENA

Date: March 14, 2011

Time: 3:00pm

Dept: United States District Court

Judge: Clerk of Court

Date Action Filed: March 14, 2011 3:00pm

Trial Date: 10/18/2013 10:00am

To Voltage Pictures, defendant, Adam Owensby, plaintiff, and to April Bernett, attorney of record:

NOTICE IS HEREBY GIVEN that, on March 14, 2011, at 3:00pm, or as soon thereafter as the matter may be heard, in United States District Court, District of Columbia, of this court located at 1200 G Street, Washington, DC 20005, the mother, Victoria Owensby, will, and hereby does, move for an order Quash the subpoena issued and served on March 5, 2011, the witness, requiring production of documents at United States District Court on March 18, 2013 , and the production of certain records.

The motion will be made

on the ground that the named plaintiff, Adam Owensby, whose name is on the internet account was a minor at the time.

The motion will be based on this notice of motion, on the declaration of and the memorandum of points and authorities served and filed herewith, on the papers and records on file herein, and on such oral and documentary evidence as may be presented on the hearing of the motion.

Dated: March 14, 2011

By:

April Bernett,
*April Bernett*
Attorney for Adam Owensby, son of Victoria Owensby

*Adam Owensby*              *Vita O*