| Host IP address | Hit Date (UTC) | Name and Address | ISP |
|---|---|---|---|
| 99.22.50.221 | 5/5/10 01:50:32 AM | N/A | American Registry for Internet Numbers |
| 65.0.162.224 | 5/5/10 07:51:29 AM | N/A | American Registry for Internet Numbers |
| 99.17.88.127 | 5/5/10 08:33:12 AM | N/A | American Registry for Internet Numbers |
| 97.39.206.41 | 5/5/10 05:14:56 AM | N/A | American Registry for Internet Numbers |
| 75.22.52.24 | 5/5/10 05:10:07 AM | N/A | American Registry for Internet Numbers |
| 99.2.44.151 | 5/5/10 01:38:21 AM | N/A | American Registry for Internet Numbers |
| 99.52.196.42 | 5/5/10 07:16:44 AM | N/A | American Registry for Internet Numbers |
| 76.7.67.14 | 5/5/10 12:22:45 AM | N/A | American Registry for Internet Numbers |
| 75.39.109.60 | 5/5/10 07:35:31 AM | N/A | American Registry for Internet Numbers |
| 65.12.184.13 | 5/5/10 02:24:48 AM | N/A | American Registry for Internet Numbers |
| 24.101.116.169 | 5/1/10 06:57:24 AM | N/A | Armstrong Cable Services |
| 24.112.220.194 | 5/1/10 04:18:22 AM | N/A | Armstrong Cable Services |
| 24.154.40.36 | 5/1/10 03:19:23 AM | N/A | Armstrong Cable Services |
| 72.23.42.241 | 5/2/10 12:24:46 AM | N/A | Armstrong Cable Services |
| 24.144.177.189 | 5/2/10 06:36:49 AM | N/A | Armstrong Cable Services |
| 72.23.44.145 | 5/3/10 05:06:59 AM | N/A | Armstrong Cable Services |
| 24.154.67.20 | 5/3/10 08:29:20 AM | N/A | Armstrong Cable Services |
| 24.144.198.250 | 5/4/10 03:33:45 AM | N/A | Armstrong Cable Services |
| 24.101.133.128 | 5/5/10 05:06:10 AM | N/A | Armstrong Cable Services |
| 24.144.207.74 | 5/5/10 01:17:05 AM | N/A | Armstrong Cable Services |
| 99.186.213.173 | 5/3/10 01:13:24 PM | N/A | AT&T Internet Services |
| 99.153.167.21 | 5/3/10 04:24:10 AM | N/A | AT&T Internet Services |
| 70.225.168.74 | 5/3/10 07:56:14 AM | N/A | AT&T Internet Services |
| 76.221.133.8 | 5/3/10 11:25:17 PM | N/A | AT&T Internet Services |
| 76.251.41.65 | 5/3/10 02:14:35 AM | N/A | AT&T Internet Services |
| 76.221.202.227 | 5/4/10 04:22:47 PM | N/A | AT&T Internet Services |
| 69.106.210.174 | 5/4/10 09:10:46 PM | N/A | AT&T Internet Services |
| 69.219.227.65 | 5/4/10 11:13:07 PM | N/A | AT&T Internet Services |
| 76.221.163.61 | 5/5/10 01:37:01 AM | N/A | AT&T Internet Services |
| 99.150.248.33 | 5/5/10 03:34:35 PM | N/A | AT&T Internet Services |
| 24.145.80.111 | 4/9/10 10:16:17 AM | Elaine & Olin Casey 472 Redds Branch Rd Aiken, SC 29801 | Atlantic Broadband, LLC |
| 12.184.95.66 | 5/2/10 12:37:34 AM | N/A | ATT INCS |
| 12.97.63.66 | 5/2/10 05:36:15 PM | N/A | ATT INCS |
| 12.189.118.130 | 5/2/10 02:26:13 PM | N/A | ATT INCS |
| 12.50.151.155 | 5/2/10 09:39:30 PM | N/A | ATT INCS |
| 12.50.186.130 | 5/4/10 12:28:27 AM | N/A | ATT INCS |
| 12.50.81.66 | 5/4/10 01:04:00 AM | N/A | ATT INCS |
| 12.191.122.130 | 5/4/10 03:31:35 AM | N/A | ATT INCS |
| 12.235.242.2 | 5/5/10 03:58:09 AM | N/A | ATT INCS |
| 12.50.196.162 | 5/5/10 05:16:13 AM | N/A | ATT INCS |
| 12.50.137.66 | 5/5/10 12:06:29 AM | N/A | ATT INCS |
| 74.211.13.243 | 4/28/10 05:12:14 AM | N/A | Baja Broadband |
| 74.211.79.169 | 4/28/10 12:46:33 AM | N/A | Baja Broadband |
| 24.49.174.241 | 4/29/10 07:09:26 AM | N/A | Baja Broadband |
| 74.211.14.62 | 4/29/10 03:42:17 AM | N/A | Baja Broadband |
| 74.211.70.231 | 4/29/10 12:00:52 AM | N/A | Baja Broadband |
| 24.49.168.219 | 4/29/10 05:36:31 PM | N/A | Baja Broadband |
| 74.211.24.150 | 5/1/10 05:20:57 PM | N/A | Baja Broadband |
| 24.49.169.228 | 5/3/10 01:50:06 AM | N/A | Baja Broadband |
| 24.49.166.193 | 5/4/10 03:01:28 AM | N/A | Baja Broadband |
| 74.211.86.140 | 5/5/10 11:50:55 AM | N/A | Baja Broadband |
| 68.154.246.150 | 5/5/10 12:25:02 AM | N/A | BellSouth.net Inc. |
| 70.146.196.164 | 5/5/10 12:21:25 AM | N/A | BellSouth.net Inc. |
| 70.147.236.140 | 5/5/10 03:40:41 PM | N/A | BellSouth.net Inc. |
| 68.154.38.50 | 5/5/10 12:11:04 AM | N/A | BellSouth.net Inc. |
| 72.144.96.201 | 5/5/10 02:41:56 PM | N/A | BellSouth.net Inc. |
| 74.243.231.11 | 5/5/10 12:55:29 AM | N/A | BellSouth.net Inc. |
| 74.191.76.105 | 5/5/10 10:48:58 AM | N/A | BellSouth.net Inc. |
| 70.157.247.114 | 5/5/10 03:25:32 PM | N/A | BellSouth.net Inc. |
| 74.233.76.94 | 5/5/10 02:20:24 AM | N/A | BellSouth.net Inc. |
| 68.154.38.119 | 5/5/10 01:14:13 AM | N/A | BellSouth.net Inc. |
| 72.24.234.155 | 4/26/10 03:08:58 AM | N/A | CABLE ONE, INC. |
| 24.117.234.205 | 4/28/10 02:19:06 AM | N/A | CABLE ONE, INC. |
| 96.18.42.154 | 4/28/10 12:20:16 AM | N/A | CABLE ONE, INC. |
| 24.119.129.153 | 4/29/10 12:04:49 AM | N/A | CABLE ONE, INC. |
| 96.19.168.155 | 4/29/10 06:15:28 AM | N/A | CABLE ONE, INC. |
| 24.119.157.177 | 4/29/10 02:55:31 AM | N/A | CABLE ONE, INC. |
| 24.116.12.23 | 5/1/10 09:39:32 AM | N/A | CABLE ONE, INC. |
| 96.18.21.233 | 5/1/10 04:27:34 PM | N/A | CABLE ONE, INC. |
| 96.18.233.65 | 5/2/10 03:45:35 AM | N/A | CABLE ONE, INC. |
| 72.24.105.97 | 5/4/10 02:27:14 AM | N/A | CABLE ONE, INC. |

| IP Address | Date/Time | | ISP |
|---|---|---|---|
| 24.32.212.106 | 4/29/10 12:51:29 PM | N/A | Cebridge Connections |
| 72.47.32.40 | 4/29/10 04:35:44 AM | N/A | Cebridge Connections |
| 72.47.15.213 | 4/30/10 01:32:00 PM | N/A | Cebridge Connections |
| 72.47.81.131 | 5/1/10 12:24:43 AM | N/A | Cebridge Connections |
| 209.33.109.17 | 5/1/10 04:41:17 AM | N/A | Cebridge Connections |
| 24.32.179.182 | 5/2/10 12:50:50 AM | N/A | Cebridge Connections |
| 24.32.48.188 | 5/2/10 02:19:56 AM | N/A | Cebridge Connections |
| 72.47.23.224 | 5/3/10 04:38:55 AM | N/A | Cebridge Connections |
| 72.47.32.215 | 5/3/10 12:07:07 AM | N/A | Cebridge Connections |
| 24.32.154.130 | 5/4/10 04:22:35 AM | N/A | Cebridge Connections |
| 75.233.12.179 | 5/2/10 05:22:12 AM | N/A | Cellco Partnership DBA Verizon Wireless |
| 75.233.19.56 | 5/2/10 05:57:50 AM | N/A | Cellco Partnership DBA Verizon Wireless |
| 75.221.241.209 | 5/3/10 05:38:40 AM | N/A | Cellco Partnership DBA Verizon Wireless |
| 75.219.52.148 | 5/3/10 02:44:18 AM | N/A | Cellco Partnership DBA Verizon Wireless |
| 75.255.72.3 | 5/3/10 04:29:36 AM | N/A | Cellco Partnership DBA Verizon Wireless |
| 75.195.13.196 | 5/3/10 08:58:34 PM | N/A | Cellco Partnership DBA Verizon Wireless |
| 75.232.82.95 | 5/4/10 12:15:25 AM | N/A | Cellco Partnership DBA Verizon Wireless |
| 97.171.143.5 | 5/4/10 12:35:59 AM | N/A | Cellco Partnership DBA Verizon Wireless |
| 75.250.222.96 | 5/4/10 03:20:18 AM | N/A | Cellco Partnership DBA Verizon Wireless |
| 75.236.100.125 | 5/5/10 12:49:56 PM | N/A | Cellco Partnership DBA Verizon Wireless |
| 99.195.194.166 | 5/3/10 10:51:33 AM | N/A | CenturyTel Internet Holdings, Inc. |
| 98.125.168.71 | 5/4/10 12:46:09 AM | N/A | CenturyTel Internet Holdings, Inc. |
| 99.194.240.11 | 5/4/10 02:12:21 PM | N/A | CenturyTel Internet Holdings, Inc. |
| 98.125.131.115 | 5/4/10 07:21:40 AM | N/A | CenturyTel Internet Holdings, Inc. |
| 72.160.237.106 | 5/4/10 07:09:53 PM | N/A | CenturyTel Internet Holdings, Inc. |
| 72.161.172.25 | 5/4/10 04:13:56 AM | N/A | CenturyTel Internet Holdings, Inc. |
| 99.194.102.9 | 5/4/10 12:50:15 PM | N/A | CenturyTel Internet Holdings, Inc. |
| 75.121.200.144 | 5/5/10 06:06:42 AM | N/A | CenturyTel Internet Holdings, Inc. |
| 69.179.117.20 | 5/5/10 05:51:38 AM | N/A | CenturyTel Internet Holdings, Inc. |
| 98.125.91.38 | 5/5/10 03:42:23 AM | N/A | CenturyTel Internet Holdings, Inc. |
| 71.23.167.63 | 5/2/10 12:17:27 AM | N/A | Clearwire US LLC |
| 71.20.118.106 | 5/3/10 07:12:34 AM | N/A | Clearwire US LLC |
| 96.24.193.64 | 5/3/10 12:54:28 AM | N/A | Clearwire US LLC |
| 71.20.209.190 | 5/3/10 01:05:26 PM | N/A | Clearwire US LLC |
| 96.24.252.25 | 5/3/10 02:13:36 AM | N/A | Clearwire US LLC |
| 96.24.167.197 | 5/3/10 06:41:22 AM | N/A | Clearwire US LLC |
| 64.13.116.77 | 5/4/10 09:50:01 PM | N/A | Clearwire US LLC |
| 96.25.65.21 | 5/4/10 04:36:29 AM | N/A | Clearwire US LLC |
| 96.25.120.168 | 5/5/10 02:08:26 PM | N/A | Clearwire US LLC |
| 71.23.59.231 | 5/5/10 12:26:28 AM | N/A | Clearwire US LLC |
| 173.160.207.77 | 5/4/10 05:16:01 PM | N/A | Comcast Business Communications, Inc. |
| 75.146.249.225 | 5/4/10 11:28:13 PM | N/A | Comcast Business Communications, Inc. |
| 173.9.203.209 | 5/4/10 12:09:57 PM | N/A | Comcast Business Communications, Inc. |
| 173.14.0.206 | 5/4/10 02:04:43 AM | N/A | Comcast Business Communications, Inc. |
| 75.151.175.10 | 5/5/10 10:08:55 AM | N/A | Comcast Business Communications, Inc. |
| 173.15.59.129 | 5/5/10 05:59:51 AM | N/A | Comcast Business Communications, Inc. |
| 173.14.128.33 | 5/5/10 12:55:45 AM | N/A | Comcast Business Communications, Inc. |
| 173.162.130.149 | 5/5/10 12:33:01 PM | N/A | Comcast Business Communications, Inc. |
| 173.14.210.169 | 5/5/10 04:00:45 PM | N/A | Comcast Business Communications, Inc. |
| 173.166.128.113 | 5/5/10 07:41:33 AM | N/A | Comcast Business Communications, Inc. |
| 24.131.31.188 | 5/2/10 01:04:33 PM | N/A | Comcast Cable Communications Holdings, Inc. |
| 24.30.66.69 | 5/2/10 12:10:51 AM | N/A | Comcast Cable Communications Holdings, Inc. |
| 24.131.202.217 | 5/3/10 10:33:59 PM | N/A | Comcast Cable Communications Holdings, Inc. |
| 66.177.105.17 | 5/4/10 01:46:04 AM | N/A | Comcast Cable Communications Holdings, Inc. |
| 66.177.191.65 | 5/4/10 07:24:57 AM | N/A | Comcast Cable Communications Holdings, Inc. |
| 24.131.234.44 | 5/5/10 01:37:49 PM | N/A | Comcast Cable Communications Holdings, Inc. |
| 69.180.146.219 | 5/5/10 09:09:26 AM | N/A | Comcast Cable Communications Holdings, Inc. |
| 66.177.182.94 | 5/5/10 02:11:52 AM | N/A | Comcast Cable Communications Holdings, Inc. |
| 24.131.43.206 | 5/5/10 09:53:14 AM | N/A | Comcast Cable Communications Holdings, Inc. |
| 66.177.52.242 | 5/5/10 12:31:11 AM | N/A | Comcast Cable Communications Holdings, Inc. |
| 75.73.16.253 | 5/5/10 03:22:07 AM | N/A | Comcast Cable Communications Holdings, Inc |
| 69.181.43.202 | 5/5/10 08:17:03 AM | N/A | Comcast Cable Communications Holdings, Inc |
| 24.118.157.156 | 5/5/10 07:38:16 AM | N/A | Comcast Cable Communications Holdings, Inc |
| 24.126.233.150 | 5/5/10 06:33:16 AM | N/A | Comcast Cable Communications Holdings, Inc |
| 75.65.1.87 | 5/5/10 12:47:35 AM | N/A | Comcast Cable Communications Holdings, Inc |
| 24.118.37.200 | 5/5/10 06:49:44 AM | N/A | Comcast Cable Communications Holdings, Inc |
| 71.62.26.61 | 5/5/10 12:17:34 AM | N/A | Comcast Cable Communications Holdings, Inc |
| 24.127.239.76 | 5/5/10 12:09:58 AM | N/A | Comcast Cable Communications Holdings, Inc |
| 65.34.186.168 | 5/5/10 12:46:37 AM | N/A | Comcast Cable Communications Holdings, Inc |
| 24.34.38.176 | 5/5/10 10:24:48 AM | N/A | Comcast Cable Communications Holdings, Inc |
| 71.236.84.221 | 5/5/10 02:00:41 AM | N/A | Comcast Cable Communications, Inc. |
| 76.25.243.233 | 5/5/10 12:44:44 AM | N/A | Comcast Cable Communications, Inc. |
| 71.231.14.66 | 5/5/10 02:30:54 AM | N/A | Comcast Cable Communications, Inc. |
| 76.127.180.250 | 5/5/10 02:14:17 AM | N/A | Comcast Cable Communications, Inc. |

| IP Address | Date/Time | ISP Ref | ISP |
|---|---|---|---|
| 24.23.162.40 | 5/5/10 02:41:39 AM | N/A | Comcast Cable Communications, Inc. |
| 68.56.182.105 | 5/5/10 01:14:11 AM | N/A | Comcast Cable Communications, Inc. |
| 76.110.85.169 | 5/5/10 03:21:46 PM | N/A | Comcast Cable Communications, Inc. |
| 76.99.143.204 | 5/5/10 10:23:59 AM | N/A | Comcast Cable Communications, Inc. |
| 98.192.218.242 | 5/5/10 04:06:43 PM | N/A | Comcast Cable Communications, Inc. |
| 76.112.248.10 | 5/5/10 12:55:12 AM | N/A | Comcast Cable Communications, Inc. |
| 67.174.232.77 | 5/5/10 01:59:09 AM | N/A | Comcast Cable Communications, Inc |
| 67.180.108.188 | 5/5/10 09:23:44 AM | N/A | Comcast Cable Communications, Inc |
| 69.136.237.208 | 5/5/10 12:00:35 AM | N/A | Comcast Cable Communications, Inc |
| 68.42.49.64 | 5/5/10 12:42:10 AM | N/A | Comcast Cable Communications, Inc |
| 69.137.137.178 | 5/5/10 10:46:12 AM | N/A | Comcast Cable Communications, Inc |
| 68.42.50.235 | 5/5/10 12:07:36 AM | N/A | Comcast Cable Communications, Inc |
| 67.175.134.125 | 5/5/10 03:10:07 AM | N/A | Comcast Cable Communications, Inc |
| 67.181.63.251 | 5/5/10 04:55:28 AM | N/A | Comcast Cable Communications, Inc |
| 67.177.154.188 | 5/5/10 03:41:50 AM | N/A | Comcast Cable Communications, Inc |
| 69.138.65.209 | 5/5/10 01:52:06 AM | N/A | Comcast Cable Communications, Inc |
| 67.173.229.88 | 5/5/10 03:19:52 AM | N/A | Comcast Cable Communications, IP Services |
| 67.167.180.238 | 5/5/10 01:02:53 AM | N/A | Comcast Cable Communications, IP Services |
| 71.202.50.255 | 5/5/10 05:28:06 AM | N/A | Comcast Cable Communications, IP Services |
| 67.174.62.154 | 5/5/10 02:33:10 AM | N/A | Comcast Cable Communications, IP Services |
| 67.169.212.16 | 5/5/10 06:55:26 AM | N/A | Comcast Cable Communications, IP Services |
| 71.199.151.248 | 5/5/10 11:35:57 AM | N/A | Comcast Cable Communications, IP Services |
| 67.168.200.204 | 5/5/10 01:38:20 AM | N/A | Comcast Cable Communications, IP Services |
| 71.205.37.43 | 5/5/10 01:11:01 AM | N/A | Comcast Cable Communications, IP Services |
| 67.170.106.28 | 5/5/10 02:12:14 AM | N/A | Comcast Cable Communications, IP Services |
| 67.173.224.79 | 5/5/10 04:56:51 AM | N/A | Comcast Cable Communications, IP Services |
| 24.10.55.1 | 5/5/10 05:29:03 AM | N/A | Comcast Cable Communications |
| 24.21.108.205 | 5/5/10 03:22:36 AM | N/A | Comcast Cable Communications |
| 24.21.174.111 | 5/5/10 06:41:59 AM | N/A | Comcast Cable Communications |
| 24.11.189.247 | 5/5/10 12:58:00 AM | N/A | Comcast Cable Communications |
| 24.11.149.40 | 5/5/10 12:28:42 AM | N/A | Comcast Cable Communications |
| 24.6.52.4 | 5/5/10 04:07:17 PM | N/A | Comcast Cable Communications |
| 24.10.71.249 | 5/5/10 12:11:43 AM | N/A | Comcast Cable Communications |
| 71.239.38.171 | 5/5/10 02:45:01 AM | N/A | Comcast Cable Communications |
| 24.11.144.58 | 5/5/10 02:23:12 AM | N/A | Comcast Cable Communications |
| 24.10.57.59 | 5/5/10 02:13:50 PM | N/A | Comcast Cable Communications |
| 24.127.54.138 | 4/27/10 07:26:23 PM | N/A | Comcast IP Services, L.L.C. |
| 71.59.198.50 | 4/27/10 04:12:42 AM | N/A | Comcast IP Services, L.L.C. |
| 24.127.5.165 | 4/27/10 12:06:39 AM | N/A | Comcast IP Services, L.L.C. |
| 71.59.158.37 | 4/28/10 07:04:03 AM | N/A | Comcast IP Services, L.L.C. |
| 71.59.172.41 | 4/30/10 03:18:50 AM | N/A | Comcast IP Services, L.L.C. |
| 71.59.143.112 | 5/2/10 12:41:44 AM | N/A | Comcast IP Services, L.L.C. |
| 71.59.133.216 | 5/2/10 12:45:46 AM | N/A | Comcast IP Services, L.L.C. |
| 24.127.67.150 | 5/3/10 05:23:39 PM | N/A | Comcast IP Services, L.L.C. |
| 24.127.65.235 | 5/4/10 06:49:11 AM | N/A | Comcast IP Services, L.L.C. |
| 71.59.251.207 | 5/4/10 07:49:12 AM | N/A | Comcast IP Services, L.L.C. |
| 67.101.186.203 | 4/28/10 06:21:49 PM | N/A | Covad Communications Co. |
| 66.166.166.194 | 4/29/10 12:20:14 AM | N/A | Covad Communications Co. |
| 68.166.244.195 | 5/1/10 01:21:51 AM | N/A | Covad Communications Co. |
| 69.3.118.156 | 5/2/10 05:57:28 AM | N/A | Covad Communications Co. |
| 68.164.249.194 | 5/2/10 03:20:42 AM | N/A | Covad Communications Co. |
| 68.165.71.58 | 5/2/10 03:18:31 PM | N/A | Covad Communications Co. |
| 67.102.197.20 | 5/3/10 06:22:41 AM | N/A | Covad Communications Co. |
| 68.165.206.2 | 5/3/10 04:11:58 AM | N/A | Covad Communications Co. |
| 66.134.71.148 | 5/4/10 09:27:52 PM | N/A | Covad Communications Co. |
| 67.100.127.41 | 5/5/10 02:37:54 AM | N/A | Covad Communications Co. |
| 68.98.43.153 | 5/5/10 12:12:24 AM | N/A | Cox Communications Inc. |
| 24.248.4.243 | 5/5/10 05:07:08 AM | N/A | Cox Communications Inc. |
| 68.1.133.32 | 5/5/10 01:46:51 AM | N/A | Cox Communications Inc. |
| 68.101.252.116 | 5/5/10 12:13:37 AM | N/A | Cox Communications Inc. |
| 68.101.104.32 | 5/5/10 03:11:50 AM | N/A | Cox Communications Inc. |
| 68.105.165.9 | 5/5/10 12:58:47 AM | N/A | Cox Communications Inc. |
| 68.108.1.149 | 5/5/10 03:54:21 PM | N/A | Cox Communications Inc. |
| 68.1.123.112 | 5/5/10 12:04:30 AM | N/A | Cox Communications Inc. |
| 68.2.221.195 | 5/5/10 03:39:45 AM | N/A | Cox Communications Inc. |
| 68.99.88.151 | 5/5/10 04:46:08 AM | N/A | Cox Communications Inc. |
| 98.185.237.246 | 5/5/10 07:02:51 AM | N/A | Cox Communications |
| 98.176.191.102 | 5/5/10 03:15:42 AM | N/A | Cox Communications |
| 70.188.242.88 | 5/5/10 02:34:03 AM | N/A | Cox Communications |
| 68.230.118.23 | 5/5/10 09:02:50 AM | N/A | Cox Communications |
| 24.251.121.221 | 5/5/10 03:54:48 AM | N/A | Cox Communications |
| 72.197.202.38 | 5/5/10 12:10:44 AM | N/A | Cox Communications |
| 70.189.249.250 | 5/5/10 04:25:05 AM | N/A | Cox Communications |
| 24.255.126.218 | 5/5/10 03:23:41 AM | N/A | Cox Communications |

| IP Address | Date/Time | ISP Info | ISP |
|---|---|---|---|
| 70.183.102.55 | 5/5/10 02:47:00 AM | N/A | Cox Communications |
| 24.254.138.221 | 5/5/10 12:13:11 AM | N/A | Cox Communications |
| 69.171.166.251 | 4/25/10 12:20:28 AM | N/A | Cricket Communications Inc |
| 69.171.167.82 | 4/25/10 03:03:43 PM | N/A | Cricket Communications Inc |
| 69.171.167.139 | 4/26/10 09:33:48 PM | N/A | Cricket Communications Inc |
| 69.171.170.154 | 4/26/10 12:39:36 PM | N/A | Cricket Communications Inc |
| 69.171.171.84 | 4/26/10 12:10:26 AM | N/A | Cricket Communications Inc |
| 69.171.161.84 | 4/28/10 06:04:22 AM | N/A | Cricket Communications Inc |
| 69.171.170.169 | 4/29/10 04:10:36 AM | N/A | Cricket Communications Inc |
| 69.171.171.68 | 4/30/10 05:09:09 AM | N/A | Cricket Communications Inc |
| 69.171.162.147 | 5/3/10 08:31:50 PM | N/A | Cricket Communications Inc |
| 69.171.163.39 | 5/3/10 12:16:01 AM | N/A | Cricket Communications Inc |
| 68.183.152.16 | 4/26/10 12:46:39 AM | N/A | DSL Extreme |
| 68.183.62.119 | 4/27/10 07:22:04 PM | N/A | DSL Extreme |
| 68.183.27.71 | 4/28/10 12:09:38 AM | N/A | DSL Extreme |
| 66.245.192.85 | 4/29/10 11:24:18 AM | N/A | DSL Extreme |
| 68.183.222.219 | 4/29/10 12:24:07 AM | N/A | DSL Extreme |
| 68.183.253.23 | 4/29/10 04:20:46 AM | N/A | DSL Extreme |
| 72.25.117.225 | 5/2/10 03:50:56 PM | N/A | DSL Extreme |
| 208.127.46.218 | 5/2/10 04:54:49 AM | N/A | DSL Extreme |
| 68.183.98.99 | 5/3/10 01:41:31 AM | N/A | DSL Extreme |
| 208.127.214.219 | 5/3/10 07:46:41 PM | N/A | DSL Extreme |
| 69.22.209.101 | 5/2/10 01:02:22 AM | N/A | EARTHLINK INC |
| 208.120.249.227 | 5/2/10 05:02:49 AM | N/A | EARTHLINK INC |
| 76.15.187.227 | 5/2/10 04:55:14 AM | N/A | EARTHLINK INC |
| 64.203.58.46 | 5/2/10 12:01:28 AM | N/A | EARTHLINK INC |
| 208.120.64.213 | 5/2/10 04:51:58 AM | N/A | EARTHLINK INC |
| 208.120.97.8 | 5/2/10 01:30:18 AM | N/A | EARTHLINK INC |
| 208.120.176.181 | 5/3/10 12:02:48 AM | N/A | EARTHLINK INC |
| 208.120.176.87 | 5/3/10 12:02:41 AM | N/A | EARTHLINK INC |
| 208.120.240.192 | 5/3/10 12:04:59 AM | N/A | EARTHLINK INC |
| 208.120.239.74 | 5/3/10 10:51:29 AM | N/A | EARTHLINK INC |
| 24.225.35.165 | 5/4/10 07:31:23 AM | N/A | Earthlink, Inc. |
| 24.239.144.26 | 5/4/10 11:10:36 PM | N/A | EarthLink, Inc. |
| 216.40.140.202 | 5/4/10 05:07:02 AM | N/A | Earthlink, Inc. |
| 69.22.251.244 | 5/4/10 06:58:29 AM | N/A | EARTHLINK, INC. |
| 69.22.91.26 | 5/4/10 02:51:16 AM | N/A | Earthlink, Inc. |
| 209.173.112.42 | 5/4/10 04:51:03 AM | N/A | EARTHLINK, INC. |
| 216.40.165.130 | 5/5/10 03:19:41 AM | N/A | EarthLink, Inc. |
| 24.233.44.146 | 5/5/10 08:27:33 AM | N/A | EARTHLINK, INC. |
| 24.215.205.210 | 5/5/10 02:17:52 AM | N/A | EARTHLINK, INC. |
| 24.233.61.3 | 5/5/10 12:51:22 AM | N/A | EARTHLINK, INC. |
| 69.81.128.183 | 4/28/10 01:27:32 AM | N/A | EARTHLINK, INC |
| 69.91.98.26 | 4/29/10 02:03:15 AM | N/A | EARTHLINK, INC |
| 69.86.246.250 | 4/30/10 02:59:19 AM | N/A | EARTHLINK, INC |
| 69.81.182.12 | 5/2/10 01:50:47 AM | N/A | EARTHLINK, INC |
| 24.136.228.221 | 5/2/10 04:33:52 PM | N/A | EARTHLINK, INC |
| 69.86.33.175 | 5/3/10 02:01:52 AM | N/A | EARTHLINK, INC |
| 69.86.135.118 | 5/3/10 01:04:55 AM | N/A | EARTHLINK, INC |
| 24.149.57.152 | 5/4/10 08:15:33 AM | N/A | EARTHLINK, INC |
| 66.133.243.131 | 5/5/10 04:12:35 PM | N/A | EARTHLINK, INC |
| 69.86.118.230 | 5/5/10 12:47:32 PM | N/A | EARTHLINK, INC |
| 24.110.242.26 | 4/28/10 01:24:22 PM | N/A | EARTHLINK,INC |
| 69.86.227.130 | 4/28/10 08:14:21 AM | N/A | EARTHLINK,INC |
| 24.170.190.227 | 4/28/10 05:52:03 AM | N/A | EARTHLINK,INC |
| 24.110.213.224 | 4/29/10 01:48:56 AM | N/A | EARTHLINK,INC |
| 72.40.119.116 | 5/1/10 11:01:22 PM | N/A | EARTHLINK,INC |
| 24.110.168.130 | 5/2/10 10:27:57 AM | N/A | EARTHLINK,INC |
| 24.199.123.95 | 5/2/10 02:08:26 AM | N/A | EARTHLINK,INC |
| 64.131.249.150 | 5/3/10 12:27:28 AM | N/A | EARTHLINK,INC |
| 64.131.198.181 | 5/4/10 02:13:52 AM | N/A | EARTHLINK,INC |
| 64.131.196.185 | 5/5/10 12:35:23 AM | N/A | EARTHLINK,INC |
| 71.55.230.43 | 5/1/10 01:19:45 AM | N/A | Embarq Corporation |
| 64.45.253.99 | 5/2/10 02:14:34 PM | N/A | Embarq Corporation |
| 71.55.58.73 | 5/2/10 03:49:36 AM | N/A | Embarq Corporation |
| 71.48.28.139 | 5/2/10 09:12:15 AM | N/A | Embarq Corporation |
| 67.239.97.76 | 5/2/10 12:25:08 AM | N/A | Embarq Corporation |
| 67.238.228.62 | 5/3/10 05:17:40 AM | N/A | Embarq Corporation |
| 71.51.103.24 | 5/3/10 05:28:43 PM | N/A | Embarq Corporation |
| 67.232.227.65 | 5/3/10 06:18:55 AM | N/A | Embarq Corporation |
| 65.41.208.30 | 5/5/10 05:20:04 AM | N/A | Embarq Corporation |
| 67.233.114.45 | 5/5/10 03:15:17 AM | N/A | Embarq Corporation |
| 70.101.151.244 | 5/3/10 02:41:10 AM | N/A | Frontier Communications of America, Inc. |
| 65.37.63.149 | 5/3/10 12:26:22 AM | N/A | Frontier Communications of America, Inc. |

| IP Address | Date/Time | Subscriber | ISP |
|---|---|---|---|
| 74.36.207.156 | 5/4/10 01:32:31 AM | Donald Fischer III<br>249 Dogwood Ln<br>Crystal Spring PA 15536 | Frontier Communications of America, Inc. |
| 74.37.103.11 | 5/4/10 03:16:48 AM | Lisa Garman<br>20710 Wetumka Rd<br>Tuolumne, CA 95379 | Frontier Communications of America, Inc. |
| 70.100.122.179 | 5/4/10 05:35:06 AM | N/A | Frontier Communications of America, Inc. |
| 173.87.180.177 | 5/5/10 05:04:18 AM | Ed Wakar<br>3003 Haulapai Mt Rd<br>Kingman, AZ 86412 | Frontier Communications of America, Inc. |
| 74.37.112.166 | 5/5/10 04:27:17 AM | Don Paxton<br>9901 Jetmar Way<br>Elk Grove, CA 95624 | Frontier Communications of America, Inc. |
| 74.42.239.38 | 5/5/10 07:50:33 AM | Season Apartments<br>819 Robin Hood Trl<br>Statesboro GA 30458 | Frontier Communications of America, Inc. |
| 173.85.13.84 | 5/5/10 05:11:04 AM | Big River Telephone<br>24 S Minnesota St<br>Cape Girardeau, MO 63703 | Frontier Communications of America, Inc. |
| 207.7.162.74 | 5/5/10 12:10:05 AM | Patrick Boucher<br>9544 Jacktown Rd<br>Bangor, PA 18013 | Frontier Communications of America, Inc. |
| 66.42.151.87 | 5/1/10 09:09:59 AM | N/A | Fuse Internet Access |
| 72.49.113.48 | 5/1/10 10:36:54 PM | N/A | Fuse Internet Access |
| 74.215.136.198 | 5/2/10 04:52:13 PM | N/A | Fuse Internet Access |
| 69.61.224.29 | 5/2/10 10:56:26 AM | N/A | Fuse Internet Access |
| 74.83.10.55 | 5/3/10 11:45:04 AM | N/A | Fuse Internet Access |
| 208.102.73.24 | 5/3/10 05:46:06 AM | N/A | Fuse Internet Access |
| 72.49.122.145 | 5/3/10 03:45:56 AM | N/A | Fuse Internet Access |
| 72.49.209.202 | 5/3/10 07:54:08 AM | N/A | Fuse Internet Access |
| 208.102.25.32 | 5/4/10 11:13:23 PM | N/A | Fuse Internet Access |
| 74.83.184.198 | 5/4/10 08:32:20 PM | N/A | Fuse Internet Access |
| 72.42.191.58 | 5/3/10 07:29:19 AM | N/A | GENERAL COMMUNICATION, INC. |
| 66.58.220.175 | 5/3/10 05:15:07 PM | N/A | GENERAL COMMUNICATION, INC. |
| 69.178.100.111 | 5/3/10 02:48:05 AM | N/A | GENERAL COMMUNICATION, INC. |
| 66.58.210.155 | 5/4/10 12:13:47 AM | N/A | GENERAL COMMUNICATION, INC. |
| 69.178.11.217 | 5/4/10 01:26:00 AM | N/A | GENERAL COMMUNICATION, INC. |
| 24.237.200.34 | 5/4/10 05:44:30 AM | N/A | GENERAL COMMUNICATION, INC. |
| 206.174.1.199 | 5/4/10 12:03:13 PM | N/A | GENERAL COMMUNICATION, INC. |
| 69.178.127.249 | 5/4/10 06:50:32 AM | N/A | GENERAL COMMUNICATION, INC. |
| 69.178.26.63 | 5/4/10 06:25:48 AM | N/A | GENERAL COMMUNICATION, INC. |
| 66.223.216.220 | 5/5/10 04:25:35 AM | N/A | GENERAL COMMUNICATION, INC. |
| 72.235.134.70 | 4/25/10 04:31:49 AM | N/A | Hawaiian Telcom Services Company, Inc. |
| 72.234.198.127 | 4/26/10 05:32:04 AM | N/A | Hawaiian Telcom Services Company, Inc. |
| 72.234.170.161 | 4/29/10 07:45:21 PM | N/A | Hawaiian Telcom Services Company, Inc. |
| 72.253.189.227 | 4/30/10 11:22:28 AM | N/A | Hawaiian Telcom Services Company, Inc. |
| 72.253.247.245 | 5/3/10 09:51:09 AM | N/A | Hawaiian Telcom Services Company, Inc. |
| 72.234.76.229 | 5/3/10 01:02:25 AM | N/A | Hawaiian Telcom Services Company, Inc. |
| 72.234.159.204 | 5/4/10 12:38:52 AM | N/A | Hawaiian Telcom Services Company, Inc. |
| 72.253.96.145 | 5/4/10 11:58:42 AM | N/A | Hawaiian Telcom Services Company, Inc. |
| 72.253.234.203 | 5/4/10 11:32:16 AM | N/A | Hawaiian Telcom Services Company, Inc. |
| 72.235.55.66 | 5/4/10 08:41:14 PM | N/A | Hawaiian Telcom Services Company, Inc. |
| 67.47.176.52 | 4/29/10 07:43:28 AM | Sherri Carroll<br>11255 w 1200 s 90<br>Marion IN, 46952 | Hughes Network Systems |
| 67.47.240.46 | 4/29/10 08:16:27 AM | N/A | Hughes Network Systems |
| 67.143.222.76 | 4/30/10 10:52:34 AM | Derryl W Highley Sr<br>9715 Locust Dale Road<br>RAPIDAN VA, 22733 | Hughes Network Systems |
| 97.72.209.168 | 5/2/10 06:04:30 AM | Jenifer Robinson<br>16725 Hwy 18 East<br>Quitman MS, 39355 | Hughes Network Systems |
| 66.82.245.109 | 5/2/10 06:10:30 AM | BARBARA GIVENS<br>363 JK GIVENS RD<br>JAYESS MS, 39641 | Hughes Network Systems |
| 174.33.118.110 | 5/2/10 11:26:47 AM | Jacob John schwarzenbacher<br>w8109 County Road AA<br>Antigo WI, 54409 | Hughes Network Systems |
| 174.33.77.157 | 5/3/10 07:52:17 AM | Tammy A Miller<br>7505 Lake valley LOOP North<br>SPRAGUE WA, 99032 | Hughes Network Systems |

| IP Address | Date/Time | Subscriber | ISP |
|---|---|---|---|
| 72.171.44.98 | 5/4/10 06:38:33 AM | Anthony Foster<br>764 Eddington Rd<br>Marshall TX, 75672 | Hughes Network Systems |
| 67.143.215.160 | 5/4/10 04:51:17 AM | Robert Thomas Houseknecht<br>703 susquehanna Ave<br>sunbury PA, 17801 | Hughes Network Systems |
| 97.72.77.198 | 5/5/10 03:03:06 AM | RICKY DUPUIS<br>1204 OAK ST<br>MAMOU LA, 70554 | Hughes Network Systems |
| 74.136.106.139 | 5/2/10 11:26:29 PM | Justin Gaskins<br>5529 LIMABURG RD APT C<br>BURLINGTON KY 41005-9014 | INSIGHT COMMUNICATIONS COMPANY, L.P. |
| 96.28.92.82 | 5/3/10 12:52:25 PM | James Pryor<br>6346 SYDNEY RENEE WAY<br>LOUISVILLE KY 40272-5826-46 | INSIGHT COMMUNICATIONS COMPANY, L.P. |
| 74.137.240.34 | 5/3/10 12:47:18 AM | Joan Parrent<br>8014 Upper West Terrace Dr<br>Evansville IN 47712-7602 | INSIGHT COMMUNICATIONS COMPANY, L.P. |
| 74.138.25.11 | 5/3/10 06:34:48 AM | James Hall<br>3117 CREEK RIDGE DR<br>NEW ALBANY IN 47150-9513 | INSIGHT COMMUNICATIONS COMPANY, L.P. |
| 74.140.12.80 | 5/4/10 05:23:24 AM | Brock Moses<br>2311 MEMORIAL PKWY<br>FORT THOMAS KY 41075-1526 | INSIGHT COMMUNICATIONS COMPANY, L.P. |
| 96.28.227.177 | 5/5/10 01:50:59 AM | Betty Straub<br>4033 ELMWOOD AVE<br>LOUISVILLE KY 40207-2107-33 | INSIGHT COMMUNICATIONS COMPANY, L.P. |
| 74.131.200.40 | 5/5/10 01:51:41 AM | Jesse Johnson<br>532 TOWNSEND RDG<br>LEXINGTON KY 40514-1751 | INSIGHT COMMUNICATIONS COMPANY, L.P. |
| 74.138.57.35 | 5/5/10 01:26:22 AM | Aldon Kelly<br>10809 SPARROW CIR UNIT 203<br>FAIRDALE KY 40118-9127-53 | INSIGHT COMMUNICATIONS COMPANY, L.P. |
| 74.143.235.48 | 5/5/10 01:28:47 AM | Drury Hotels<br>9501 BLAIRWOOD RD<br>LOUISVILLE KY 40222-5740-1 | INSIGHT COMMUNICATIONS COMPANY, L.P. |
| 96.28.94.72 | 5/5/10 05:28:36 AM | Timothy Samuels<br>9716 SCARBOROUGH AVE<br>LOUISVILLE KY 40272-2435 | INSIGHT COMMUNICATIONS COMPANY, L.P. |
| 24.42.227.79 | 5/3/10 12:10:58 AM | N/A | KNOLOGY, Inc. |
| 24.96.58.204 | 5/3/10 06:58:43 PM | N/A | KNOLOGY, Inc. |
| 24.96.26.253 | 5/3/10 06:31:10 AM | N/A | KNOLOGY, Inc. |
| 24.96.61.233 | 5/3/10 10:48:49 PM | N/A | KNOLOGY, Inc. |
| 24.214.18.91 | 5/3/10 12:10:11 AM | N/A | KNOLOGY, Inc. |
| 69.73.28.143 | 5/3/10 01:15:36 AM | N/A | KNOLOGY, Inc. |
| 75.76.154.69 | 5/3/10 09:32:19 AM | N/A | KNOLOGY, Inc. |
| 75.76.178.249 | 5/4/10 01:38:56 PM | N/A | KNOLOGY, Inc. |
| 75.76.93.134 | 5/5/10 12:20:06 AM | N/A | KNOLOGY, Inc. |
| 216.186.147.45 | 5/5/10 12:08:13 PM | N/A | KNOLOGY, Inc. |
| 199.94.73.58 | 4/25/10 04:49:14 AM | N/A | Level 3 Communications, Inc. |
| 205.129.164.35 | 4/26/10 01:49:12 AM | N/A | Level 3 Communications, Inc. |
| 8.23.70.173 | 4/27/10 02:04:16 AM | N/A | Level 3 Communications, Inc. |
| 64.200.193.50 | 4/27/10 11:55:18 AM | N/A | Level 3 Communications, Inc. |
| 8.19.232.136 | 4/28/10 12:59:40 AM | N/A | Level 3 Communications, Inc. |
| 65.89.96.221 | 4/30/10 12:59:18 PM | N/A | Level 3 Communications, Inc. |
| 4.91.102.37 | 5/2/10 11:50:00 AM | N/A | Level 3 Communications, Inc. |
| 165.236.176.42 | 5/4/10 03:33:21 AM | N/A | Level 3 Communications, Inc. |
| 8.19.238.212 | 5/5/10 12:21:54 AM | N/A | Level 3 Communications, Inc. |

| IP | Date/Time | Name/Address | ISP |
|---|---|---|---|
| 65.91.153.206 | 5/5/10 01:46:15 PM | N/A | Level 3 Communications, Inc. |
| 173.24.221.101 | 5/1/10 01:20:17 AM | JENNIFER DUNLAP<br>1460 S CASA GRANDE AVE<br>SPRINGFIELD MO 65802-7106 | Mediacom Communications Corp |
| 173.17.164.249 | 5/2/10 05:16:19 PM | LEE SCHUTTE<br>108 SHIRLEY AVE<br>ELK RUN HEIGHTS IA 50707-1456 | Mediacom Communications Corp |
| 173.22.184.98 | 5/2/10 06:22:37 AM | PHIL ANDROS<br>2545 N CAMPBELL AVE<br>SPRINGFIELD MO 65803-2413 | Mediacom Communications Corp |
| 173.23.178.181 | 5/2/10 09:19:17 PM | MICHAEL YOST<br>416 N ANDERSON ST<br>SULLIVAN IL 61951-1006 | Mediacom Communications Corp |
| 173.30.97.142 | 5/3/10 03:30:55 AM | JULIA BUCHHOLZ<br>424 E LOREN ST<br>SPRINGFIELD MO 65807-1631 | Mediacom Communications Corp |
| 173.24.207.231 | 5/4/10 03:03:46 AM | ROBERT&ELIZABETH SCHWARZE<br>27668 GRANT DR<br>ELKMONT AL 35620-3000 | Mediacom Communications Corp |
| 173.18.225.162 | 5/4/10 09:21:30 PM | JUSTIN GRAHAM<br>1114 N 9TH ST<br>BURLINGTON IA 52601-4836 | Mediacom Communications Corp |
| 173.17.73.235 | 5/5/10 04:30:59 AM | JED THUE<br>920 SOUTHLAND LN APT 211<br>BROOKINGS SD 57006-4083 | Mediacom Communications Corp |
| 74.84.88.69 | 4/16/10 12:12:37 AM | RIVERVIEW STADIUM<br>51 6TH AVE<br>N CLINTON IA 52732-0000 | Mediacom Communications Corporation |
| 72.17.176.171 | 4/26/10 04:09:20 AM | N/A | NuVox Communications, Inc. |
| 66.240.123.197 | 4/29/10 03:14:42 AM | N/A | NuVox Communications, Inc. |
| 75.77.38.61 | 4/30/10 03:56:01 AM | N/A | NuVox Communications, Inc. |
| 68.143.63.254 | 5/1/10 02:46:17 AM | N/A | NuVox Communications, Inc. |
| 66.64.185.2 | 5/1/10 05:07:43 PM | N/A | NuVox Communications, Inc. |
| 74.223.219.68 | 5/1/10 05:59:56 PM | N/A | NuVox Communications, Inc. |
| 66.148.230.46 | 5/3/10 09:21:47 AM | N/A | NuVox Communications, Inc. |
| 68.143.26.226 | 5/3/10 12:07:54 AM | N/A | NuVox Communications, Inc. |
| 74.223.129.3 | 5/5/10 03:30:30 AM | N/A | NuVox Communications, Inc. |
| 216.23.112.33 | 5/5/10 06:09:29 AM | N/A | NuVox Communications, Inc. |
| 24.186.176.179 | 5/5/10 03:33:25 AM | N/A | Optimum Online (Cablevision Systems) |
| 69.119.56.197 | 5/5/10 08:14:49 AM | N/A | Optimum Online (Cablevision Systems) |
| 69.119.57.205 | 5/5/10 08:21:05 AM | N/A | Optimum Online (Cablevision Systems) |
| 69.126.18.243 | 5/5/10 06:47:50 AM | N/A | Optimum Online (Cablevision Systems) |
| 69.124.204.123 | 5/5/10 07:36:28 AM | N/A | Optimum Online (Cablevision Systems) |
| 69.116.136.47 | 5/5/10 12:28:48 AM | N/A | Optimum Online (Cablevision Systems) |
| 24.186.195.148 | 5/5/10 02:14:04 AM | N/A | Optimum Online (Cablevision Systems) |
| 69.127.236.39 | 5/5/10 01:19:12 AM | N/A | Optimum Online (Cablevision Systems) |
| 69.123.143.7 | 5/5/10 08:54:45 AM | N/A | Optimum Online (Cablevision Systems) |
| 67.84.213.245 | 5/5/10 03:46:12 AM | N/A | Optimum Online (Cablevision Systems) |
| 68.197.137.174 | 4/28/10 09:45:20 PM | N/A | Optimum Online |
| 69.127.163.53 | 4/29/10 04:09:58 AM | N/A | Optimum Online |
| 24.228.15.205 | 5/1/10 02:52:17 AM | N/A | Optimum Online |
| 68.192.12.173 | 5/1/10 01:21:17 AM | N/A | Optimum Online |
| 24.188.246.2 | 5/2/10 05:49:03 AM | N/A | Optimum Online |
| 69.122.93.217 | 5/2/10 12:07:09 AM | N/A | Optimum Online |
| 68.197.144.11 | 5/3/10 01:49:38 AM | N/A | Optimum Online |
| 69.122.91.137 | 5/3/10 09:00:32 PM | N/A | Optimum Online |
| 24.228.255.225 | 5/4/10 03:09:13 AM | N/A | Optimum Online |
| 173.3.7.108 | 5/5/10 04:35:22 AM | N/A | Optimum Online |
| 24.115.209.173 | 4/25/10 02:15:21 PM | N/A | PenTeleData Inc. - Cable |
| 70.44.19.151 | 4/25/10 07:03:10 PM | N/A | PenTeleData Inc. - Cable |
| 70.15.194.47 | 4/26/10 04:49:49 PM | N/A | PenTeleData Inc. - Cable |

| IP Address | Date/Time | Name/Address | ISP |
|---|---|---|---|
| 70.44.125.104 | 4/29/10 12:58:11 AM | N/A | PenTeleData Inc. - Cable |
| 75.97.60.74 | 4/30/10 09:04:10 PM | N/A | PenTeleData Inc. - Cable |
| 75.97.14.98 | 5/1/10 06:57:23 PM | N/A | PenTeleData Inc. - Cable |
| 24.115.209.49 | 5/1/10 10:47:06 AM | N/A | PenTeleData Inc. - Cable |
| 70.44.84.6 | 5/2/10 07:43:35 PM | N/A | PenTeleData Inc. - Cable |
| 75.97.81.203 | 5/3/10 04:26:55 AM | N/A | PenTeleData Inc. - Cable |
| 24.102.147.185 | 5/5/10 12:20:00 AM | N/A | PenTeleData Inc. - Cable |
| 69.107.89.186 | 4/28/10 02:11:11 AM | N/A | PLTN13 internal |
| 69.107.130.33 | 4/28/10 08:27:24 AM | N/A | PLTN13 internal |
| 69.107.79.11 | 4/28/10 09:30:48 AM | N/A | PLTN13 internal |
| 69.109.120.219 | 5/1/10 03:44:38 AM | N/A | PLTN13 internal |
| 69.107.103.91 | 5/1/10 03:05:00 AM | N/A | PLTN13 internal |
| 69.107.76.51 | 5/2/10 12:49:06 AM | N/A | PLTN13 internal |
| 69.109.116.207 | 5/3/10 02:51:48 AM | N/A | PLTN13 internal |
| 69.107.80.132 | 5/4/10 10:57:55 PM | N/A | PLTN13 internal |
| 69.107.79.195 | 5/4/10 03:25:10 AM | N/A | PLTN13 internal |
| 69.107.109.157 | 5/5/10 12:31:55 AM | N/A | PLTN13 internal |
| 69.208.154.86 | 4/24/10 12:33:49 AM | N/A | Private Customer - SBC Internet Services |
| 70.251.237.174 | 4/25/10 01:07:23 AM | N/A | Private Customer - SBC Internet Services |
| 70.251.226.124 | 4/25/10 12:43:48 AM | N/A | Private Customer - SBC Internet Services |
| 70.251.82.92 | 4/27/10 04:45:23 AM | N/A | Private Customer - SBC Internet Services |
| 70.254.144.210 | 4/29/10 06:26:26 PM | N/A | Private Customer - SBC Internet Services |
| 70.251.92.136 | 5/1/10 06:29:40 AM | N/A | Private Customer - SBC Internet Services |
| 70.251.70.134 | 5/2/10 05:54:15 AM | N/A | Private Customer - SBC Internet Services |
| 70.246.141.211 | 5/2/10 12:06:23 PM | N/A | Private Customer - SBC Internet Services |
| 70.251.86.195 | 5/3/10 11:30:17 AM | N/A | Private Customer - SBC Internet Services |
| 70.251.111.105 | 5/4/10 12:52:31 AM | N/A | Private Customer - SBC Internet Services |
| 149.6.151.226 | 4/27/10 05:18:03 PM | N/A | PSINet, Inc. |
| 38.109.136.11 | 4/28/10 10:47:40 AM | N/A | PSINet, Inc. |
| 38.117.156.145 | 4/28/10 08:11:06 PM | N/A | PSINet, Inc. |
| 38.118.23.13 | 4/29/10 02:09:04 PM | N/A | PSINet, Inc. |
| 38.96.136.39 | 5/2/10 06:09:38 PM | N/A | PSINet, Inc. |
| 38.99.163.214 | 5/2/10 06:26:22 PM | N/A | PSINet, Inc. |
| 38.114.67.90 | 5/2/10 05:38:21 AM | N/A | PSINet, Inc. |
| 38.100.180.114 | 5/2/10 08:10:11 PM | N/A | PSINet, Inc. |
| 38.106.150.203 | 5/2/10 06:34:46 AM | N/A | PSINet, Inc. |
| 38.114.210.37 | 5/4/10 04:14:36 PM | N/A | PSINet, Inc. |
| 97.114.178.65 | 5/5/10 02:24:33 AM | Ryan Johnson<br>908 8th St E<br>West Fargo, ND 58078 | Qwest Communications Company, LLC |
| 63.231.146.115 | 5/5/10 02:28:59 PM | Kevin Sinton<br>12016 Pennsylvania Ave N<br>Chmplan, MN 55316 | Qwest Communications Company, LLC |
| 75.164.2.242 | 5/5/10 02:16:58 PM | Doug Nelson<br>PO Box 760<br>Vail, AZ 85641 | Qwest Communications Company, LLC |
| 71.220.182.62 | 5/5/10 08:46:47 AM | Beverly Cline<br>2025 S Leadville Ave<br>Boise, ID 83706 | Qwest Communications Company, LLC |
| 97.124.121.194 | 5/5/10 12:38:00 AM | Isaiah Johannesen<br>1616 W Germann Rd Apt 1056 BLDG 9<br>Chandler, AZ 85286 | Qwest Communications Company, LLC |
| 65.102.91.215 | 5/5/10 09:55:57 AM | Marilyn Freese<br>4901 S Ash Grove Ave<br>Sioux Falls, SD 57108 | Qwest Communications Company, LLC |
| 174.23.227.135 | 5/5/10 12:04:21 AM | Danel Pfanstiel<br>7243 6th St # 9<br>Hill AFB, UT 84056 | Qwest Communications Company, LLC |
| 174.16.226.68 | 5/5/10 12:32:14 AM | Jennifer Borchers<br>2045 W 135th Ave<br>Westminster, CO 80234 | Qwest Communications Company, LLC |
| 216.161.89.88 | 5/5/10 12:14:14 AM | Monte Marquis<br>2405 NE 78th CT<br>Vancouver, WA 98664 | Qwest Communications Company, LLC |
| 71.214.79.242 | 5/5/10 12:05:09 AM | William Burgess<br>3244 SW Wickiup Ct<br>Redmond, OR 97756 | Qwest Communications Company, LLC |
| 24.148.34.207 | 5/5/10 03:51:14 AM | Paul Trecroci<br>6054 N Broadway Apt 2<br>Chicago, IL 60660 | RCN Corporation |

| IP Address | Date/Time | Subscriber | ISP |
|---|---|---|---|
| 207.38.187.127 | 5/5/10 02:20:11 AM | Sophie Kormos<br>2317 38th St Apt 1R<br>Astoria, NY 11105 | RCN Corporation |
| 207.181.205.53 | 5/5/10 04:44:58 PM | Sandra Fockink<br>110 E Delaware Pl Apt 10<br>Chicago, IL 60611 | RCN Corporation |
| 209.6.37.58 | 5/5/10 03:00:38 PM | Heather Leosz<br>8 Lee St Apt 2<br>Somerville, MA 02145 | RCN Corporation |
| 207.38.150.173 | 5/5/10 02:53:44 PM | Martin Wendler<br>655 E 14th St Apt 8G<br>New York, NY 10009 | RCN Corporation |
| 207.38.190.211 | 5/5/10 04:59:21 AM | John Testa<br>2325 28th St Apt 1F<br>Astoria, NY 11105 | RCN Corporation |
| 216.80.55.194 | 5/5/10 09:37:51 AM | N/A | RCN Corporation |
| 98.121.175.148 | 5/5/10 12:28:19 AM | N/A | Road Runner HoldCo LLC |
| 24.92.50.38 | 5/5/10 12:49:00 AM | N/A | Road Runner HoldCo LLC |
| 72.184.145.16 | 5/5/10 12:33:19 AM | N/A | Road Runner HoldCo LLC |
| 68.202.55.24 | 5/5/10 01:09:00 AM | N/A | Road Runner HoldCo LLC |
| 67.247.80.160 | 5/5/10 07:06:54 AM | N/A | Road Runner HoldCo LLC |
| 67.241.20.118 | 5/5/10 04:16:53 PM | N/A | Road Runner HoldCo LLC |
| 66.69.37.224 | 5/5/10 01:31:40 PM | N/A | Road Runner HoldCo LLC |
| 66.56.253.163 | 5/5/10 12:16:18 AM | N/A | Road Runner HoldCo LLC |
| 24.90.34.118 | 5/5/10 02:06:08 AM | N/A | Road Runner HoldCo LLC |
| 66.26.62.14 | 5/5/10 06:15:35 AM | N/A | Road Runner HoldCo LLC |
| 166.197.23.189 | 4/29/10 11:49:07 PM | N/A | Service Provider Corporation |
| 198.230.115.177 | 4/30/10 03:50:15 AM | N/A | Service Provider Corporation |
| 166.179.96.239 | 5/2/10 04:37:11 AM | N/A | Service Provider Corporation |
| 166.179.100.38 | 5/2/10 01:19:34 AM | N/A | Service Provider Corporation |
| 166.214.238.243 | 5/2/10 12:00:20 AM | N/A | Service Provider Corporation |
| 166.128.189.48 | 5/2/10 05:17:35 AM | N/A | Service Provider Corporation |
| 166.205.137.75 | 5/3/10 02:46:47 AM | N/A | Service Provider Corporation |
| 166.164.89.189 | 5/4/10 05:21:14 AM | N/A | Service Provider Corporation |
| 198.230.122.193 | 5/5/10 12:01:28 AM | N/A | Service Provider Corporation |
| 166.222.194.119 | 5/5/10 08:35:27 AM | N/A | Service Provider Corporation |
| 66.76.142.240 | 5/3/10 04:20:44 PM | JD Heiskell & Company<br>1616 S Kentucky St<br>Amarillo, TX 79102 | Suddenlink Communications |
| 173.81.85.171 | 5/3/10 09:51:10 PM | Darren Bohrer<br>350 Bridgeview Ter<br>New Martinsville, WV 26155 | Suddenlink Communications |
| 173.81.181.185 | 5/3/10 03:34:52 AM | Wesley Gibbs<br>34 Salt St.<br>Hartford, WV 25247 | Suddenlink Communications |
| 75.109.72.62 | 5/4/10 06:39:28 AM | N/A | Suddenlink Communications |
| 173.80.45.229 | 5/4/10 12:39:43 AM | N/A | Suddenlink Communications |
| 173.80.80.203 | 5/4/10 06:01:42 AM | Kenny White<br>179 Wather Plant Rd.<br>Fayetteville, WV 25840 | Suddenlink Communications |
| 208.180.219.133 | 5/4/10 03:04:54 AM | N/A | Suddenlink Communications |
| 173.81.13.156 | 5/4/10 12:59:46 AM | Susan Maze<br>628 33rd St<br>Parkersburg, WV 26101 | Suddenlink Communications |
| 74.197.79.169 | 5/5/10 12:32:11 PM | Michelle Robins<br>6 Contour Dr.<br>Abilene, TX 79606 | Suddenlink Communications |
| 173.80.159.168 | 5/5/10 01:54:41 AM | Sean Lynch<br>4959 High Meadows Dr<br>Lavalette, WV 25535 | Suddenlink Communications |
| 65.78.162.244 | 4/29/10 02:11:57 AM | N/A | SureWest Broadband |
| 174.34.209.144 | 4/29/10 04:19:36 AM | N/A | SureWest Broadband |
| 65.78.173.52 | 4/30/10 11:18:36 PM | N/A | SureWest Broadband |
| 66.205.151.116 | 4/30/10 12:30:32 AM | N/A | SureWest Broadband |
| 65.78.165.92 | 5/1/10 02:56:37 AM | N/A | SureWest Broadband |
| 64.30.125.222 | 5/2/10 04:01:55 PM | N/A | SureWest Broadband |
| 64.113.109.253 | 5/2/10 03:01:56 AM | N/A | SureWest Broadband |
| 67.159.139.98 | 5/3/10 12:04:21 AM | N/A | SureWest Broadband |
| 64.113.123.224 | 5/4/10 03:10:11 AM | N/A | SureWest Broadband |
| 69.62.180.212 | 5/5/10 01:02:34 AM | N/A | SureWest Broadband |
| 207.114.215.142 | 4/29/10 01:52:11 AM | N/A | tw telecom holdings, inc. |
| 209.234.150.33 | 4/30/10 05:29:11 AM | N/A | tw telecom holdings, inc. |

| IP Address | Date/Time | Subscriber | ISP |
|---|---|---|---|
| 209.234.150.32 | 4/30/10 04:27:12 AM | N/A | tw telecom holdings, inc. |
| 64.128.7.47 | 4/30/10 12:41:20 AM | N/A | tw telecom holdings, inc. |
| 66.193.89.42 | 5/1/10 12:15:37 AM | N/A | tw telecom holdings, inc. |
| 66.194.4.18 | 5/2/10 03:57:02 PM | N/A | tw telecom holdings, inc. |
| 168.215.99.178 | 5/4/10 07:53:36 AM | N/A | tw telecom holdings, inc. |
| 64.132.158.196 | 5/4/10 08:33:07 AM | N/A | tw telecom holdings, inc. |
| 97.65.246.54 | 5/4/10 04:38:42 AM | N/A | tw telecom holdings, inc. |
| 66.195.161.28 | 5/5/10 12:08:57 AM | N/A | tw telecom holdings, inc. |
| 64.53.242.103 | 5/1/10 01:55:34 AM | Ron Strom<br>512 Cypress Dr.<br>Naperville, IL 60540-7205 | WIDEOPENWEST ILLINOIS |
| 64.53.249.64 | 5/1/10 07:15:23 PM | Abel Quinonez<br>136 E. Schubert Ave.<br>Glendale Heights, IL 60139-2077 | WIDEOPENWEST ILLINOIS |
| 64.53.178.190 | 5/2/10 03:55:08 AM | Vikas Srivastava<br>1559 S. WolfRd.<br>Apt. 100<br>Prospect Heights, IL 60070-1732 | WIDEOPENWEST ILLINOIS |
| 69.47.147.170 | 5/2/10 04:29:00 PM | Manuel Lopez<br>1171 Sherwood Ave.<br>Elgin, IL 60120-2262 | WIDEOPENWEST ILLINOIS |
| 69.47.186.26 | 5/2/10 12:41:41 AM | N/A | WIDEOPENWEST ILLINOIS |
| 69.47.102.139 | 5/3/10 12:01:26 AM | Scott French<br>1414 Terrance Dr.<br>Naperville, IL 60565-4109 | WIDEOPENWEST ILLINOIS |
| 64.53.144.206 | 5/3/10 03:12:28 AM | Sue Novak<br>715 Whitehall Ct.<br>Schaumburg, IL 60194-2656 | WIDEOPENWEST ILLINOIS |
| 69.47.18.198 | 5/4/10 02:37:41 AM | Gary Sykes<br>8261 S. Langley Ave.<br>Apt. 2D<br>Chicago, IL 60619-5325 | WIDEOPENWEST ILLINOIS |
| 64.233.213.205 | 5/5/10 12:54:01 AM | Tanya Woods<br>6243 S. Rockwell St.<br>Apt I<br>Chicago, IL 60629-1679 | WIDEOPENWEST ILLINOIS |
| 24.192.93.80 | 5/5/10 12:24:48 PM | Jane Sterrett<br>107 Bridgewater Ct.<br>Naperville, IL 60565-6363 | WIDEOPENWEST ILLINOIS |
| 24.192.144.239 | 5/2/10 02:46:28 AM | Aimee Thiessen<br>952 Downhill Ln<br>Rochester Hills, MI48307-3342 | WIDEOPENWEST MICHIGAN |
| 67.149.32.75 | 5/2/10 08:34:51 PM | Mike Lamay<br>11679 Syracuse St.<br>Taylor, MI 48180-4032 | WIDEOPENWEST MICHIGAN |
| 67.149.11.105 | 5/3/10 01:20:24 AM | Shantae Fletcher<br>17740 Wexford St.<br>Roseville, MI 48066-4660 | WIDEOPENWEST MICHIGAN |
| 69.14.126.217 | 5/3/10 07:56:51 AM | Thomas M. Nehl<br>569 Hendrickson Blvd.<br>Clawson, MI48017-1696 | WIDEOPENWEST MICHIGAN |
| 24.192.152.181 | 5/4/10 02:16:10 AM | Hana Bakdash<br>1613 Longfellow Ct.<br>Rochester Hills 48307-2926 | WIDEOPENWEST MICHIGAN |
| 69.14.46.187 | 5/4/10 07:31:34 AM | Cicero Sucaldito<br>2247 Forest Trail Dr.<br>Troy, MI 48085-3607 | WIDEOPENWEST MICHIGAN |
| 74.199.69.17 | 5/4/10 12:50:14 AM | Steve Ward<br>23070 Firwood Ave.<br>Eastpointe, MI48021-3511 | WIDEOPENWEST MICHIGAN |
| 69.47.198.97 | 5/4/10 02:42:54 AM | Jonathon Ramsey<br>3372 Charles St<br>Trenton, MI 48183-3674 | WIDEOPENWEST MICHIGAN |
| 24.192.133.164 | 5/5/10 04:16:14 AM | Dawn Shekoski<br>5329 Wiley Dr.<br>Shelby Township, MI 48317-1276 | WIDEOPENWEST MICHIGAN |

| IP Address | Date/Time | Name/Address | ISP |
|---|---|---|---|
| 69.14.152.197 | 5/5/10 04:47:15 AM | Anthony Grech<br>145 E. Ann Arbor Tri.<br>Plymouth, MI 48170-1845 | WIDEOPENWEST MICHIGAN |
| 65.60.200.234 | 5/2/10 03:06:25 PM | Kimberly Burrows<br>5814 Hunting Hollow Ct.<br>Galloway, OH 43119-9243 | WIDEOPENWEST OHIO |
| 75.118.175.18 | 5/2/10 01:24:33 AM | Michael Killilea<br>1179 Manchester Ave.<br>Columbus, OH 43211-1367 | WIDEOPENWEST OHIO |
| 65.60.151.97 | 5/2/10 11:04:25 PM | Anthony Demarco<br>1086 Hooverview Dr.<br>Weterville, OH 43082-7438 | WIDEOPENWEST OHIO |
| 65.60.222.4 | 5/2/10 03:44:58 AM | Deanna Sprague<br>379 E. 15th Ave. Apt A<br>Columbus, OH 43201-4914 | WIDEOPENWEST OHIO |
| 65.60.181.203 | 5/3/10 12:04:54 AM | Adam Smith<br>137 Warren St.<br>Columbus, OH 43215-1542 | WIDEOPENWEST OHIO |
| 65.60.234.89 | 5/4/10 01:02:09 AM | Michael Search<br>1124 McCarley Dr. E<br>Columbus, OH 43228-3130 | WIDEOPENWEST OHIO |
| 67.149.217.8 | 5/4/10 10:31:47 AM | Adam Bulizak<br>4446 Mobile Dr.<br>Apt. 114<br>Columbus, OH 43220-3727 | WIDEOPENWEST OHIO |
| 75.118.166.16 | 5/4/10 03:42:04 AM | Matt Walter<br>685 Yaronia Dr. S<br>Columbus, OH 43214-3164 | WIDEOPENWEST OHIO |
| 65.60.176.95 | 5/4/10 04:04:15 AM | Darlene Deroche<br>6515 Red Fox Rd.<br>Reynoldsburg, OH 43068-1628 | WIDEOPENWEST OHIO |
| 75.118.22.158 | 5/5/10 12:10:45 AM | Sharon Hawkins<br>4741 Horton Rd. Apt B<br>Garfield Heights, OH 44125-1254 | WIDEOPENWEST OHIO |
| 64.245.238.226 | 4/29/10 03:32:26 PM | Alliance Ground International LLC<br>6705 Red Road Suite 700<br>Coral Gables, FL 33143 | XO Communications |
| 209.117.47.253 | 4/29/10 04:15:34 AM | Advanced Wireless Group LLC<br>10460 NW 46th St<br>Miami, FL 33178 | XO Communications |
| 207.87.107.130 | 4/29/10 06:30:09 PM | Bretton Woods Recreation Center<br>15700 River Road<br>Germantown, MD 20774 | XO Communications |
| 66.236.248.98 | 4/29/10 02:20:15 AM | Jade Residences at Brickell Bay Condo Assoc<br>1331  Brickell Bay Drive<br>Miami, FL 33131 | XO Communications |
| 67.88.192.194 | 5/1/10 07:00:34 PM | Horizon Ford<br>11000 Tukwila International Blvd<br>Seattle, WA 98168 | XO Communications |
| 66.104.183.194 | 5/1/10 01:20:31 AM | Automotive Warranty Solutions<br>260 SW Natura Blvd<br>Deerfield Beach, FL 33441 | XO Communications |

| | | | |
|---|---|---|---|
| 66.238.61.111 | 5/1/10 12:29:53 AM | Premier Business Centers<br>2102 Business Center Drive<br>Irvine, CA 92612 | XO Communications |
| 216.156.130.34 | 5/2/10 02:25:03 AM | Radisson New York<br>511 Lexington Ave<br>New York, NY 10017 | XO Communications |
| 66.239.253.230 | 5/2/10 09:26:58 AM | Mitchell Park, LLC<br>111 Betz Road<br>Cheney, WA 99004 | XO Communications |
| 67.152.150.210 | 5/4/10 02:11:55 PM | Kasco Services Company<br>1569 Tower Grove Ave<br>St. Louis, MO 63110 | XO Communications |