| Doc. No. | IP | Doe No. in FAC | Additional Info. |
|---|---|---|---|
| 11 | 71.32.60.146 | 16313 | Janyth D. Girard |
| 12 | 216.175.86.12 | 15313 | Mark Richards |
| 12 | 174.22.224.236 | 16305 | Salil Kadam |
| 12 | 97.112.148.232 | 16324 | Blake Leverett |
| 12 | 97.120.111.248 | 16304 | |
| 15 | | | Margaret Wenzek |
| 16 | | | Audrey Kalblinger |
| 18 (pp. 1-3) | 67.40.214.85 | 16308 | |
| 18 (p. 4) | 216.160.106.134 | * | Not in FAC - Identified by ISP |
| 18 (pp. 5-15) | | | |
| 18 (p. 16) | 97.127.24.109 | 16328 | Louis R. Carpentier |
| 18 (pp. 17-32) | | | Nicole G. Lipson |
| 18 (pp. 33-48) | | | Kenneth G. Kupke |
| 18 (pp. 49-62) | | | Delmar R. Towler |
| 18 (pp. 63-79) | | | Richard L. Stelloh |
| 18 (pp. 80-101) | 71.213.172.149 | 16325 | |
| 18 (pp. 80-101) | 209.181.159.137 70.59.169.21 | * | 209.181.159.137 Not in FAC - Identified by ISP 70.59.169.21 - 16340 in FAC Ex. A |
| 18 (pp. 102-103) | | | Sherry Porter |
| 18 (pp. 140-106) | 98.118.130.44 | 18620 | Mary Jo Elgie |
| 18 (p. 107) | | | Jason Brittain |
| 18 (pp. 108-203) | | | Jonathan T. Payne |
| 18 (pp. 124-126) | | | JaNeane Key |
| 21 | | | Darcie Dikeman |
| 23 | 93.36.141.178 | * | IP address does not match any IP address stated in subpoena to Doe's ISP, Charter |
| 28 | | | Jason Brittain |
| 29 | | | Sherry Porter |
| 30 | 98.118.130.44 | 18620 | Mary Jo Elgie |
| 31 | | | Michael B. Parker |
| 32 | 75.139.166.201 | 913 | James Kane |
| 33 | 71.38.47.225 | * | Jay and Durene Frydenlund Not in FAC - Identified by ISP |
| 34 | 174.31.89.186 | 16372 | Debora L. Andrews |
| 35 | 71.212.5.157 | 16353 | Jan H. Slater |
| 36 | 75.165.182.92 | 16319 | Millwee Holler-Kanaga |
| 37 | 96.33.3.187 | 903 | Sara Sherwood |
| 38 | | | Ben Hatch |

| # | IP | ID | Name |
|---|---|---|---|
| 39 | | | Sandra Dockery |
| 40 | | | Colin Quennell |
| 41 | 71.217.225.229 | 16331 | William C. Cook, Sr. |
| 42 | 174.31.245.30 | * | Raghbir Singh<br>Not in FAC - Identified by ISP |
| 43 | | | Corbin Swan |
| 44 | 174.26.9.140 | 16344 | Arthur B. Cutting |
| 45 | 216.161.89.109 | 16368 | A. Turner |
| 46 | | | LaMarr M. Jones |
| 47 | 70.59.194.89 | 16320 | Richard Dehart |
| 48 | 96.40.190.149 | 897 | Byron Lee |
| 49 | 24.177.13.76 | 895 | Adam Delgado |
| 50 | | | Karen Eiriz |
| 51 | | | Christopher Ryan Williams |
| 52 | | | Daniel Paul Pfanstiel |
| 53 | | | Lucy A. Marsh |
| 54 | 173.71.1.125 | 18628 | Michael Koenig |
| 55 | | | Derek Good |
| 56 | | | SEALED |
| 57 | | | SEALED |
| 58 | | | SEALED |
| 59 | | | SEALED |
| 60 | | | SEALED |
| 61 | | | Shey Davis |
| 62 | | | SEALED |
| 63 | | | Jonathan D. Coleman |
| 64 | 98.117.43.70 | 18623 | SEALED |
| 65 | | | SEALED |
| 66 | | | SEALED |
| 67 | | | SEALED |
| 68 | | | SEALED |
| 69 | | | Judy Collins |
| 70 | 98.127.67.128 | 748 | Kenneth Kantorowicz |
| 71 | 71.84.245.56 | 938 | Aran Bedarian |
| 72 | 97.127.116.204 | 16342 | James Verdin |
| 73 | | | SEALED |
| 74 | | | SEALED |
| 75 | | | SEALED |
| 76 | | | SEALED |
| 77 | | | SEALED |
| 78 | | | SEALED |
| 79 | | | SEALED |

|  |  |  |  |
|---|---|---|---|
| 80 |  |  | SEALED |
| 81 |  |  | SEALED |
| 82 |  |  | SEALED |
| 83 |  |  | SEALED |
| 84 |  |  | SEALED |
| 85 |  |  | SEALED |
| 86 |  |  | SEALED |
| 87 |  |  |  |
| 88 | 97.120.111.248 | 16304 | Richards, Kadam, Leverett and 97.120.111.248 |
| 88-1 | 72.174.15.52 | 764 | Michael Carter |
| 88-2 | 173.71.142.170 | 18624 |  |
| 94 |  |  | SEALED |
| 95 |  |  | SEALED |
| 96 |  |  | SEALED |
| 97 |  |  | SEALED |
| 98 |  |  | SEALED |
| 99 |  |  | SEALED |
| 100 |  |  | Charles Ellsworth |
| 101 |  |  | Nanci Lam |
| 102 |  |  | Samuel Neuenschwander |
| 103 | 68.184.152.100 | 939 | Khaled Hamed |
| 104 |  |  | Anita M. Dorrance |
| 105 |  |  | Syed Mobeen |
| 106 |  |  | Chelsea Reitzner |
| 107 |  |  | Alan Stowers |
| 108 |  |  | SEALED |
| 109 | 75.132.186.254 | 906 | Darryl Godfrey |
| 110 |  |  | Michael B. Parker |
| 111 | 184.96.91.86 | 16376 | Jeff Sherer |
| 112 | 66.188.193.94 | 948 | Justin Solem |
| 117 | 24.197.248.55 | 914 | Adam Ceschin |
| 118 |  |  | Adam Owensby |
| 119 |  |  | SEALED |
| 121 |  |  | SEALED |
| 126 |  |  | Leigh Norris |
| 127 |  |  | Michael Scott Davis |
| 128 |  |  | Matthew Alan O'Connell |
| 129 | 75.143.73.141 | 970 | SEALED |
| 130 |  |  | SEALED |
| 131 |  |  | SEALED |
| 132 |  |  | SEALED |
| 133 |  |  | SEALED |

| | | | |
|---|---|---|---|
| 134 | | | SEALED |
| 135 | 75.137.118.90 | * | Mary Woods<br>Not in FAC - Identified by ISP |
| 136 | 68.116.170.119 | 955 | Aaron Tukey |
| 137 | | | Guntars Rizijs |
| 138 | | | Chris Queen |
| 139 | 71.89.27.95 | 967 | Kaylin Werth |
| 140 | | | Freightman International |
| 141 | 66.190.77.95 | 961 | William White |