**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CA. 1:10-cv-00873-BAH |
| ) | |
| **DOES 1 – 5,000** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND FOR FURTHER DISCOVERY

The Court having considered Plaintiff's motion for leave to file a First Amended Complaint and to conduct further discovery, and pursuant to Fed. R. Civ. P. 15;

ORDERED, Plaintiff is GRANTED leave to file its First Amended Complaint; and it is further

ORDERED that Plaintiff is allowed to proceed with any subpoenas already issued and to issue any additional subpoenas to the Internet Service Providers listed in Exhibit A to Plaintiff's First Amended Complaint to obtain the identity of each Doe Defendant therein that seeks information sufficient to identify each Defendant, including name, current (and permanent) addresses, telephone numbers, email addresses, and Media Access Control addresses, and the Internet Service Providers shall respond to such subpoenas.

Dated: _____        _____
                                                                   Hon. Beryl A. Howell
                                                                   United States District Judge