UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** )<br>)<br>  **Plaintiff,** )<br>)<br>v. )<br>)<br>**DOES 1 – 5,000** )<br>)<br>  **Defendants.** )<br>_____) | CA. 1:10-cv-00873-BAH |

**PLAINTIFF'S REPORT IN RESPONSE TO COURT'S MINUTE ORDER OF 5/12/11**

I. INTRODUCTION

Plaintiff files this report in response to the Court's Order of May 12, 2011. Pursuant to the Court's Order:

> … in connection with [143] the Plaintiff's Motion for Leave to File First Amended Complaint and For Further Discovery, the Plaintiff is directed to file, by May 19, 2011, a report (1) identifying the number of IP addresses listed in Exhibit A to plaintiff's proposed First Amended Complaint (hereinafter "Exhibit A-IP Addresses") that are associated with each Internet Service Provider (hereinafter "ISP"); (2) summarizing the agreement, if any, that plaintiff's counsel has in place with each ISP regarding the timetable for production of identifying information for Exhibit A-IP Addresses; (3) stating, for each ISP, the date by which the plaintiff expects complete production in response to its subpoena requesting identifying information for Exhibit A-IP Addresses; and (4) identifying the date, after which no extension will be granted, by which the plaintiff anticipates naming and serving the putative defendants identified in Exhibit A-IP Addresses.

[Minute Order of 5/12/11]

Plaintiff provides the following table as it relates to the IP addresses identified in Exhibit A to its proposed First Amended Complaint:

1

| ISP | IPs Listed | Agreement regarding the timetable for production | Expected Date of Final Production | Notes/Additional Useful Information |
|---|---|---|---|---|
| AT&T/ Bellsouth/ SBC | 501 | No agreement | Subpoena has not been issued; pending approval of First Amended Complaint and negotiations with ISP | ISP has stated its capabilities are 60 IPs every 30 business days |
| Atlantic Broadband | 164 | No agreement | Unknown at this time | ISP has produced one set of 28 IPs but has not produced any additional IPs since October 2010; motion to compel anticipated; ISP had stated it will produce 28 IPs per month |
| Bresnan | 228 | Confidential agreement | Unknown at this time | Plaintiff's counsel has requested update from ISP's counsel |
| Charter | 2,699 | 150 IPs/month | May 2013 | |
| Clearwire | 613 | Agreement as to costs only | Unknown at this time | Plaintiff's counsel has requested update from ISP's counsel |
| Comcast | 10,532 | Confidential agreement | Unknown at this time | Subpoena has not been issued; pending approval of First Amended Complaint |
| Cox | 574 | | Unknown at this time | Subpoena has not been issued; pending approval of First Amended Complaint and negotiations with ISP |
| Earthlink | 3 | No agreement | Unknown at this time | Remaining IPs were withheld because of motions; Court's opinion and order of 5/12/11 sent to ISP for further production |
| Fairpoint | 318 | No agreement | Unknown at this time | Plaintiff's counsel has not received any response to subpoena; motion to compel anticipated |
| Insight | 201 | No agreement | December 2011 | ISP can typically produce 48 IPs per month |
| Mediacom | 328 | Confidential agreement | Unknown at this time | Plaintiff's counsel has spoken with ISP; ISP is processing |

| | | | | |
|---|---|---|---|---|
| Midcontinent | 140 | Confidential agreement | Unknown at this time | ISP has information ready for production but is withholding production pending Court's approval of First Amended Complaint |
| Qwest | 79 | No agreement | Unknown at this time | Remaining IPs were withheld because of motions; Court's opinion and order of 5/12/11 sent to ISP for further production |
| RCN | 21 | No agreement | Unknown at this time | Remaining IPs were withheld because of motions; Court's opinion and order of 5/12/11 sent to ISP for further production |
| Sprint | 468 | No agreement | Unknown at this time | Plaintiff's counsel has requested update from ISP |
| Time Warner/ Road Runner | 1,750 | No agreement | Subpoena has not been issued; pending approval of First Amended Complaint and negotiations with ISP | ISP has stated that it will not comply with any subpoena that requests information for IP addresses in addition to the 28 IPs it has been ordered to produce in two similar cases pending in front of Judge Collyer |
| Verizon | 5,239 | 100 IPs per month for this and similar cases from Plaintiff's counsel combined | Unknown at this time | Final production date determined by ISP capabilities and number of IPs in similar cases from Plaintiff's counsel |
| Wave | 92 | Confidential agreement | Unknown at this time | ISP has produced all but 18 IPs; Plaintiff's counsel has requested update from ISP |
| Windstream | 633 | No agreement | June 2011 | |

As shown above, certain agreements that Plaintiff's counsel has with ISPs are confidential by the terms of the agreements. Plaintiff will produce these documents and/or their terms either under seal or to the Court for an *in camera* review, provided Plaintiff is either

3

compelled by order of the Court or receives the consent of the ISP to produce such agreement under seal or for an *in camera* review.

In response to the Court's directive number 4, and as demonstrated above, the exact date that Plaintiff expects to receive all identifying information for the IP addresses listed in its proposed First Amended Complaint cannot be determined with absolute certainty at this time. Much of this issue is because of the motions filed Time Warner Cable, the American Civil Liberties Union, Public Citizen, and the Electronic Frontier Foundation in similar cases and also by the outstanding Doe Defendant motions that were resolved by this Court by order dated May 12, 2011. Notwithstanding, based on the timelines presented by the ISPs in both the publically available agreements and the confidential agreements, Plaintiff anticipates that it can conclude its discovery and that it will name and serve any putatitve defendants whom Plaintiff wishes to pursue in this case by the end of 2013.[1]

Respectfully Submitted,

DATED:  May 19, 2011

        VOLTAGE PICTURES, LLC

By:   /s/
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*

---

[1] Plaintiff has already named and served a number of individual defendants, whose IP addresses are not in Plaintiff's proposed First Amended Complaint, in other jurisdictions as of the date of this filing.