August 15, 2011

To whom this may concern;

The enclosed letter was received on this date. I am here in Great Falls, Montana to settle my mother's affairs since she died on July 24, 2011. I've enclosed her Death Certificate.

I do not know anything about this matter. Please inform those involved of my mother's passing.

Thank You,

David E. Wenzek

Leave to file GRANTED

_____ 9/7/11
Beryl A. Howell     Date
United States District Judge

RECEIVED
Mail Room

2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# STATE OF MONTANA
## CERTIFICATION OF VITAL RECORD



## CASCADE COUNTY

### CERTIFICATION OF A DEATH CERTIFICATE

FILE #: 201107-005147

| | | | |
|---|---|---|---|
| FULL NAME OF DECEASED: | Margaret Ann Wenzek | SEX: | Female |
| DATE OF DEATH: | July 24, 2011 | PLACE OF DEATH: | GREAT FALLS |
| RACE | Czechoslovakian; White | | |
| DATE OF BIRTH. | March 26, 1931 | BIRTHPLACE: | Great Falls, Montana |
| MOTHER'S NAME: | Anne Ehnot | | |
| FATHER'S NAME: | Unknown Cowell | | |
| MARITAL STATUS. | Widowed | | |
| SPOUSE. | | | |
| SOCIAL SECURITY NUMBER. | XXXXXXXXX | VETERAN OF ARMED FORCES | No |
| RESIDENCE: | Great Falls, Montana | | |
| FUNERAL FACILITY: | Croxford Funeral Home & Crematory Inc. | | |
| PLACE OF DISPOSITION: | Croxford Crematory Great Falls | | |
| METHOD OF DISPOSITION: | Cremation | | |
| MANNER OF DEATH: | Accident | DATE FILED: | July 28, 2011 |

CAUSE OF DEATH:                                                ONSET:
a. Multisystem failure                                         30 minutes
b. sepsis syndrome, terminal                                   1 week
c. infected total hip replacement                              2 months
d. avascular necrosis of hip                                   3 years

OTHER SIGNIFICANT CONDITIONS
hypertension, COPD, PVD, hypothyroidism

DESCRIBE HOW INJURY OCCURRED:
Slipped and fell off back porch and broke her hip. She had her hip pinned and then replaced due to the fall

DATE AND TIME OF INJURY: December 24, 2006 05:00 Military

PLACE OF INJURY: Home

LOCATION OF INJURY: 3626 5th Avenue South, Great Falls, Montana 59405

NAME AND ADDRESS OF CERTIFIER:
Scott Van Dyken, 3800 Ulm N Frontage Rd, Great Falls, Montana 59404

DATE ISSUED: July 28, 2011    BY: _Rina A Mare_ /s/

374102

This certifies that this document is a true duplication of the original information on file with the Department of Public Health and Human Services.

_Rina A Mare_
Clerk and Recorder

Not Valid Unless Raised Seal Is Present



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Margaret Wenzek
3626 Fifth Avenue South
Great Falls, MT 59405



**Activity in Case 1:10-cv-00873-BAH VOLTAGE PICTURES, LLC v. DOES Order on Motion to Quash**

DCD_ECFNotice    to: DCD_ECFNotice                                08/09/2011 11:44 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was entered on 8/9/2011 at 11:43 PM and filed on 8/9/2011

Case Name: VOLTAGE PICTURES, LLC v. DOES
Case Number: 1:10-cv-00873-BAH
Filer:
Document Number: No document attached

Docket Text:
MINUTE ORDER (paperless) denying motions to dismiss, quash, and for protective orders filed by [178] John M. Espiscopo, [179] John Doe (IP Address: 66.190.180.3) represented by James S. Powell, [180] Michelle Fischer, [181] Michele Lechowicz, [182] Steven Driggans, [183] Adam Dorzweiler, [184] MidAtlanticBroadband Hospitality Services, [185] Ryan Nelson, [186] Edgewater Resort & Waterpark, [189] Ray J. Alvarez, [195] Cheryl Church, [196] Dale Rodriguez, [197] Gabriel L. Faustino, [198] Ed P. Johnson, [199] Asiya Mohammed, [200] Ron Wessendorf, [201] Toan Tran, [202] Timmy Ma, [203] Rhonda Stevens, [204] Paramuan Simsiriwatna, [205] Jeffrey E. Brown, [207] Acadiana Cable Advertising, [208] Raymond F. Gervais, [209] John Doe represented by Robert M. Sullivan, [210] Timothy LaBarr, [211] Pinestead Reef Resort, [212] Richard Bowman, [213] Robbin Varney, and [214] Rick LaGrotta for the reasons set forth in [150] the Court's Memorandum Opinion dated May 12, 2011. Signed by Judge Beryl A. Howell on August 9, 2011. (lcbah1)

1:10-cv-00873-BAH Notice has been electronically mailed to:

Thomas S. Schaufelberger tschaufelberger@saul.com, jhibner-spence@saul.com

Oliver N. Blaise, III oblaise@cglawoffices.com

Thomas Mansfield Dunlap tdunlap@dglegal.com

Eric James Menhart eric.menhart@cyberlaw.pro

JOHN M. EPISCOPO
43 Shelley Road
Hampstead, NC 28443

JUDY COLLINS
8505 NE 124th Avenue
Vancover, WA 98682

JUSTIN SOLEM
714 1/2 Bluff Street
Red Wing, MN 55066

KAREN EIRIZ
1000 Bluff View Drive
Unit #79
Washington, UT 84780

KAYLIN WERTH
2248 Stanley Street
Stevens Point, WI 54481

KENNETH KANTOROWICZ
641 Oasis Drive
Billings, MT 59105

KHALED HAMED
100 Kellytown Woods Drive
McDonough, GA 30252

LAMARR M. JONES
25108 Anna Street
Taylor, MI 48180

LUCY A. MARSH
3052 South Florence Court
Denver, CO 80231

MARGARET WENZEK
3626 Fifth Avenue South
Great Falls, MT 59405

MARY WOODS
206 Windward Way
Greer, SC 29650

MATTHEW ALAN O'CONNELL
780 Dakota Drive
Ellsworth AFB, SD 57706

MICHAEL KOENIG
2505 Solano Drive
Flower Mound, TX 75022

MICHAEL A. BANUELOS
801 West South Street