August 9, 2011

To: Clerk of the Court
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

From: Anthony Pham
8066 La Merced Road
Rosemead, CA 91770
(626)548-1540

Leave to file GRANTED

_____  9/7/11
Beryl A. Howell         Date
United States District Judge

Case Number: 1:10-cv-00873-RMU
Voltage Pictures, LLC v. Does 1-5,000

I am writing in response to the Plaintiff's subpoena of a request of an IP Address and the information related to this. I do not recognize this to be my computer nor do I recognize the IP Address to be my modem. Also during the time of which the Plaintiff indicates this IP Address to start and end lease I can prove via my passport that I was outside the US overseas with my computer.

I have read online this case pertains to those that have downloaded or shared the movie Hurt Locker through a bit torrent software. I have not downloaded nor watch Hurt Locker on my computer or any computer. I also do not have any bit torrent software on my computer. I do own a DVD of the Hurt Locker that I purchased from Wal-Mart which I believe is genuine. I have watched this on my TV via my DVD player. I am certain I have never shared this DVD with anyone and I have never put this into my computer to be played. I do not know how to share a DVD over the Internet nor have I ever intended to do so. With all said, I respectfully ask the court to dismiss my name from being added to the Plaintiff's list.

Sincerely,

Anthony Pham

RECEIVED
Mail Room

2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Voltage Pictures, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10-cv-00873-RMU |
| DOES 1-5,000 | ) | |
| | ) | (If the action is pending in another district, state where: ) |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Charter Communications, Inc., Attn: Custodian of Records
12405 Powerscourt Drive, St. Louis, MO 63131; Fax: 314-909-0609

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC | Date and Time: |
|---|---|
| 1200 G Street, NW Suite 800, Washington, DC 20005 | 10/18/2013 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/19/2010

*CLERK OF COURT*

OR  /s/ *[signature]*

*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Plaintiff__
Voltage Pictures, LLC                                       , who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 1200 G Street, NW Suite 800, Washington, DC 20005
Tel: 877-223-7212, Fax: 866-874-5101, email: subpoena@dgwlegal.com

**Full docket text:**
MINUTE ORDER granting [4] motion for order. Upon consideration of the plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference, it is hereby ORDERED that the motion is GRANTED. SO ORDERED. Signed by Judge Ricardo M. Urbina on 06/25/2010. (EN, )

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/30/2010 14:19:58 | | | |
| PACER Login: | dg1227 | Client Code: | Voltage |
| Description: | History/Documents | Search Criteria: | 1:10-cv-00873-RMU |
| Billable Pages: | 1 | Cost: | 0.08 |