August 10, 2011

Judith Kerr
290 E Ashland Lane
Ashland, OR. 97520

Leave to file GRANTED

*/s/ Beryl A. Howell*   9/7/11

Beryl A. Howell          Date
United States District Judge

To: United States District Court District of Columbia

I received a certified letter from my internet provider, Charter, on 9-8-2011 regarding a subpoena to produce information by Voltage Pictures, LLC.
A copy is enclosed.

After discussing the above with my attorney, I do not give permission for any identifying information about me to be released to the Plaintiff, Voltage Pictures, LLC. I oppose all disclosure.

Thank you for your consideration and time,

*Judith Kerr*

Judith Kerr

Cc: Charter Internet

RECEIVED
Mail Room
AUG 1 2 2011
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia



Charter Communications, Inc.
Legal Department
12405 Powerscourt Dr
St. Louis, MO 63131
Fax. 314-909-0609

## IMPORTANT LEGAL NOTICE: PLEASE READ CAREFULLY

July 29, 2011

*OBJECTION DEADLINE*

JUDY KERR
290 ASHLAND LN
ASHLAND, OR 97520

**August 12, 2011, 4:00 pm CT**

### References Used In This Notice

- Court Case: Voltage Pictures, LLC (the "Plaintiff") v. Does 1-5,000, 1:10-cv-00873-RMU
- Court: UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA
- Copyrighted Work: Hurt Locker
- Identifying Information: Accountholder Name, Address(es), Telephone Number, Modem MAC Address
- Charter Case Number: 10-5044
- Your ID Number: 2918

Dear Sir or Madam:

Charter has received a subpoena from attorneys for the Plaintiff seeking certain information about your Charter internet account ("Account"), including the Identifying Information listed above. The Court has issued an order compelling Charter to disclose this information relating to your Charter Account. Charter respects the privacy of its subscribers, and will disclose customer information only to the extent required by law, as indicated in Charter's privacy policy on www.charter.com. Because a court order authorizes the Plaintiff to obtain this information, Charter must disclose these records unless you formally oppose disclosure in the Court by the objection deadline stated above. Copies of the court order and subpoena are attached.

Charter records indicate that an IP address listed on an exhibit to the subpoena was assigned to your Account at the given date and time. Below is a copy of the log that associates the IP with your Account in this format: IP Address – Modem MAC – CPE MAC – IP Lease Start Time – IP Lease End Time.
96.39.163.71 00:0e:9b:b6:a3:ae 00:1e:2a:73:39:4b 2009-05-15 15:04:33 2010-09-22 19:35:38

**Please note**: Charter cannot provide you legal representation and cannot object to the subpoena or court order on your behalf. If you wish to take action in this matter, you should contact an attorney immediately, who can advise you of your specific legal rights. If you intend to oppose the order, you should do so without delay in the court identified in the subpoena and order. **AN OBJECTION MADE SOLELY TO CHARTER IS INSUFFICIENT; OBJECTIONS MUST BE MADE DIRECTLY TO THE COURT. HOWEVER, CHARTER MUST BE NOTIFIED OF AN OBJECTION NO LATER THAN THE OBJECTION DEADLINE GIVEN ABOVE.**

If you file an opposition to the order, you or your attorney should provide a copy of the objection you submitted with the Court to Charter (attention "Legal – File-Sharing Team" via facsimile at 314-909-0609) by the objection deadline stated above so that Charter may withhold disclosure of your information. **PLEASE CLEARLY INDICATE IN YOUR COPY TO CHARTER (1) THAT YOUR OBJECTION WAS MADE TO THE COURT AND (2) PROVIDE YOUR NAME AND ADDRESS OR A COPY OF THIS LETTER. WITHOUT THIS INFORMATION CHARTER CANNOT WITHHOLD DISCLOSURE OF YOUR INFORMATION.**

Version: HL 3.2011
240