Howard Brown
12570 Carmel Knolls Drive
Rancho Cucamonga CA. 91739
(909)463-9514

Leave to file GRANTED

/s/ Beryl A. Howell  9/7/11

Beryl A. Howell      Date
United States District Judge

UNITED STATES DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

Voltage Pictures, LLC

No. 1:10cv-00873-RUM

Plaintiff,

**WRITTEN RESPONSE TO DEMAND FOR INFORMATION AND OR DOCUMENTS**

V

DOES 1-5,000

Defendants

PRODOUNDING PARTY: Voltage Pictures, LLC

RESPONDING PARTY: Howard Brown

SET NUMBER: ONE

**DEFENDANT HOWARD BROWN** here by responds to the demand for information or documents for inspection, set number one, propounded by defendant Voltage Pictures, LLC, as follows.

DEMAND NUMBER 1: Produce at the time and, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) address, telephone numbers, e-mail address and Media Access Control addresses of all individuals whose IP address are listed in the attached spreadsheet.

RECEIVED
Mail Room

AUG 1 2 20

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

RESPONSE TO DEMAND NUMBER 1: **Objection** I am not aware of any circumstance or have any direct involvement in any of the alleged activities that would warrant the disclosure of any of my personal information to anyone.

August 6, 2011

*/s/ Howard Brown*
--------------------------------------------------
Howard Brown

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Voltage Pictures, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1 10-cv-00873-RMU |
| DOES 1-5,000 ) | |
| ) | (If the action is pending in another district, state where: |
| *Defendant* ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Charter Communications, Inc., Attn: Custodian of Records
     12405 Powerscourt Drive, St. Louis, MO 63131; Fax: 314-909-0609

☑ *Production.* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC<br>1200 G Street, NW Suite 800, Washington, DC 20005 | Date and Time:<br>10/18/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  10/19/2010

*CLERK OF COURT*

_____    OR    _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Plaintiff
Voltage Pictures, LLC                                           , who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 1200 G Street, NW Suite 800, Washington, DC 20005
Tel: 877-223-7212, Fax: 866-874-5101, email: subpoena@dgwlegal.com

**Full docket text:**
MINUTE ORDER granting [4] motion for order. Upon consideration of the plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference, it is hereby ORDERED that the motion is GRANTED. SO ORDERED. Signed by Judge Ricardo M. Urbina on 06/25/2010. (EN, )

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/30/2010 14:19:58 | | | |
| PACER Login: | dgl227 | Client Code: | Voltage |
| Description: | History/Documents | Search Criteria: | 1:10-cv-00873-RMU |
| Billable Pages: | 1 | Cost: | 0.08 |