UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Leave** to file GRANTED

*/s/ Beryl A. Howell* 9/7/11

Beryl A. Howell        Date
United States District Judge

Voltage Pictures LLC,

                    Plaintiffs,

vs.     C/A No. 1:10-CV-00873-RMU

Does 1-5000

                    Defendants.

Amy Herold objects to the Subpoena issued to Charter Communications Inc for release of private information relating to her account.

August 11, 2011

/s/ Amy Herold

Copy to Chater Communications Inc
Legal Dept
12405 Powerscourt Rd
St Louis MO 63131

Amy Herold
720 Carolina Dr Ext.
Roebuck SC, 29376
864-699-9322



RECEIVED
Mail Room

... 16 2011

Angela D. Caesar, Clerk of Court
U S District Court District of Columbia

AO 88B (Rev 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Voltage Pictures, LLC ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 1:10-cv-00873-RMU |
| DOES 1-5,000 ) | |
| ) | (If the action is pending in another district, state where: ) |
| _Defendant_ ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Charter Communications, Inc., Attn: Custodian of Records
12405 Powerscourt Drive, St Louis, MO 63131; Fax: 314-909-0609

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC 1200 G Street, NW Suite 800, Washington, DC 20005 | Date and Time: 10/18/2013 10:00 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/19/2010

CLERK OF COURT

OR _[signature]_

_Signature of Clerk or Deputy Clerk_          _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ ___Plaintiff___
Voltage Pictures, LLC _____, who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 1200 G Street, NW Suite 800, Washington, DC 20005
Tel: 877-223-7212, Fax: 866-874-5101, email: subpoena@dgwlegal.com

RECEIVED Mail Room 2011 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

**Full docket text:**
MINUTE ORDER granting [4] motion for order. Upon consideration of the plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference, it is hereby ORDERED that the motion is GRANTED. SO ORDERED. Signed by Judge Ricardo M. Urbina on 06/25/2010. (EN, )

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/30/2010 14:19:58 | | | |
| PACER Login: | dg1227 | Client Code: | Voltage |
| Description: | History/Documents | Search Criteria: | 1:10-cv-00873-RMU |
| Billable Pages: | 1 | Cost: | 0.08 |