COURT CASE: VOLTAGE PICTURES, LLC (THE "PLANTIFF")VS DOES 1-5,000, 1:10-CV-00873-RMU

I, JERICA HENDERSON, OBJECT TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION. I HAVE NO KNOWLEDGE OF THE PLANTIFF OR COPYRIGHTED WORK THAT THEY ARE MENTIONING. I AM A HOME DECOR /INTERIOR DESIGN STUDENT AND NO NOTHING OF PRODUCTION NOR THE HURT LOCKER COMPANY.

Leave to file GRANTED

_Beryl Howell_  9/7/11
Beryl A. Howell        Date
United States District Judge



RECEIVED
Mail Room

1 5 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia