# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**CLAUDIO VAZQUEZ;** )<br>**MODERN CLASSICS INC.;** )<br>**SERGIO SAPAJ; ROY MCLEESE;** )<br>**KELECHI LANE; SHYAM MADHAVAN** )<br>**SUSAN GLASS;** )<br>**DANIEL BREMER-WIRTIG;** )<br>**MICHAEL SEIN; ELENA DITRAGLIA;** )<br>**IRIDE CECCACCI;** )<br>**J BARRY HARRELSON;** )<br>**and DOES 1 – 24,583** )<br>)<br>    **Defendants.** )<br>_____) | CA. 1:10-cv-00873-BAH |

## NOTICE OF DISMISSAL OF DEFENDANT ROY MCLEESE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses Defendant Roy McLeese, with prejudice, as no Defendant has served or filed either an answer or a motion for summary judgment. This dismissal shall have no effect on any other named Defendant or any Doe Defendant.

Respectfully Submitted,  
DATED:  September 12, 2011

VOLTAGE PICTURES, LLC

By:  /s/ Nick Kurtz  
Thomas M. Dunlap (D.C. Bar # 471319)  
Nicholas A. Kurtz (D.C. Bar # 980091)  
DUNLAP, GRUBB & WEAVER, PLLC  
1200 G Street, NW Suite 800  
Washington, DC 20005  
Telephone: 202-316-8558  
Facsimile: 202-318-0242  
tdunlap@dglegal.com  
nkurtz@dglegal.com  
*Attorney for the Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 12, 2011 I electronically filed the foregoing NOTICE OF DISMISSAL OF DEFENDANT ROY MCLEESE with the Clerk of the Court using the CM/ECF system and that I sent a PDF copy of the foregoing via electronic mail to the following:

Roy McLeese
royva@starpower.net
*Defendant*

                /s/ Nick Kurtz
                Thomas M. Dunlap (D.C. Bar # 471319)
                Nicholas A. Kurtz (D.C. Bar # 980091)
                DUNLAP, GRUBB & WEAVER, PLLC
                1200 G Street, NW Suite 800
                Washington, DC 20005
                Telephone: 202-316-8558
                Facsimile: 202-318-0242
                tdunlap@dglegal.com
                nkurtz@dglegal.com
                *Attorney for the Plaintiff*