UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Voltage Pictures, LLC <br><br> **Plaintiff** <br><br> v. <br><br> Claudio Vazquez; et al. <br><br> **Defendant(s)** | Case No.: 1:10-cv-00873-BAH |

## AFFIDAVIT OF DUE DILIGENCE

I, Ted Metzger, a Private Process Server, having been duly authorized to make service of the Summons, First Amended Complaint for Copyright Infringement, Standing Order for Civil Cases and Exhibit A (disk) in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That my place of business is 1827 18th Street, NW, Washington, DC 20009.

That after due search, careful inquiry and diligent attempts, I have been unable to serve Daniel Bremer-Wirtig, with the above named process.

On the following dates and times, August 17, 2011 at 6:10 PM, August 20, 2011 at 3:22 PM, August 24, 2011 at 7:53 AM and August 29, 2011 at 10:07 PM. I attempted to serve the defendant, Daniel Bremer-Wirtig at 1301 15th Street, NW, Apartment 118, Washington, DC 20005 and on each occasion, there was no answer at the door.

That on Saturday, September 03, 2011 at 9:27 AM, I attempted to serve the defendant, Daniel Bremer-Wirtig at 1301 15th Street, NW, Aparment 118, Washington, DC 20005. On this occasion, I spoke to Mr. Daniel Bremer-Wirtig on the phone and he stated he would be available after 12:00 PM. After my return at 12:30 PM, there was no answer at the door.

That on September 06, 2011 at 7:35 PM, I attempted to serve the defendant, Daniel Bremer-Wirtig at 1301 15th Street, NW, Aparment 118, Washington, DC 20005. On this occasion, Mr. Bremer stated he would be available after 7:00 PM. I returned to this address at 7:35 PM and Mr. Bremer stated I was at the wrong address. We agreed that I would call him to set up another time for service.

That on September 07, 2011 at 12:36 PM, I called Mr. Bremer and left a message with no reply back.

That on September 08, 2011 at 08:38 PM, I called Mr. Bremer and left a message with no reply back.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

ID: 11-062772                                                                                              Client Reference: 4792-2010008

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this ___28th___ day of __September__, 2011.

_Angela H. Croson_
Notary Public       My Commission Expires: 03-31-14

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Voltage Pictures, LLC <br><br> Plaintiff <br><br> v. <br><br> Claudio Vazquez; et al. <br><br> Defendant(s) | Case No.: 1:10-cv-00873-BAH |

## AFFIDAVIT OF DUE DILIGENCE

I, Ted Metzger, a Private Process Server, having been duly authorized to make service of the Summons, First Amended Complaint for Copyright Infringement, Standing Order for Civil Cases and Exhibit A (disk) in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That my place of business is 1827 18th Street, NW, Washington, DC 20009.

That after due search, careful inquiry and diligent attempts, I have been unable to serve Elena Ditraglia, with the above named process.

That on August, 18, 2011 at 7:21 AM, I attempted to serve the defendant, Elena Ditraglia at 4501 Connecticut Avenue, NW, Washington, DC 20008. On this occasion, I noticed that the address was incomplete and needed a unit number. There was no directory listing or call box available.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this 28th day of September, 2011.

Angela H. Acson
Notary Public       My Commission Expires: 03-31-14

ID: 11-062770                                                Client Reference: 4792-2010008

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Voltage Pictures, LLC<br><br>**Plaintiff**<br><br>v.<br><br>Claudio Vazquez; et al.<br><br>**Defendant(s)** | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:10-cv-00873-BAH<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF DUE DILIGENCE

I, Ted Metzger, a Private Process Server, having been duly authorized to make service of the Summons, First Amended Complaint for Copyright Infringement, Standing Order for Civil Cases and Exhibit A (disk) in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That my place of business is 1827 18th Street, NW, Washington, DC 20009.

That after due search, careful inquiry and diligent attempts, I have been unable to serve Shyam Madhavan, with the above named process.

That on August 17, 2011 at 4:00 PM, I attempted to serve the defendant, Shyam Madhavan at 2020 F Street, NW, Apartment 714, Washington, DC 20006. On this occasion, there was no answer at the door.

That on August 19, 2011 at 8:50 AM, I attempted to serve the defendant, Shyam Madhavan at 2020 F Street, NW, Apartment 714, Washington, DC 20006. On this occasion, the current resident stated Shyam Madhavan had moved.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this 28th day of September, 2011.

Notary Public    My Commission Expires: 03-31-14

ID: 11-062778

Client Reference: 4792-2010008

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Voltage Pictures, LLC </br></br></br> Plaintiff </br></br> v. </br></br> Claudio Vazquez; et al. </br></br></br> Defendant(s) | ) </br> ) </br> ) </br> ) </br> ) Case No.: 1:10-cv-00873-BAH </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## AFFIDAVIT OF DUE DILIGENCE

I, Ted Metzger, a Private Process Server, having been duly authorized to make service of the Summons, First Amended Complaint for Copyright Infringement, Standing Order for Civil Cases and Exhibit A (disk) in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That my place of business is 1827 18th Street, NW, Washington, DC 20009.

That after due search, careful inquiry and diligent attempts, I have been unable to serve Sergio Sapaj, with the above named process.

That on August 18, 2011 at 7:34 AM, I attempted to serve the defendant, Sergio Sapaj at 2950 Van Ness Street, NW, Apartment 3, Washington, DC 20008. On this occasion, I spoke to an employee at the building who stated the defendant moved.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this __28th__ day of __September__, 2011.

_____
Notary Public    My Commission Expires: 03-31-14

ID: 11-062780

Client Reference: 4792-2010008

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Voltage Pictures, LLC <br><br> Plaintiff <br><br> v. <br><br> Claudio Vazquez; et al. <br><br> Defendant(s) | Case No.: 1:10-cv-00873-BAH |

## AFFIDAVIT OF DUE DILIGENCE

I, Ted Metzger, a Private Process Server, having been duly authorized to make service of the Summons, First Amended Complaint for Copyright Infringement, Standing Order for Civil Cases and Exhibit A (disk) in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That my place of business is 1827 18th Street, NW, Washington, DC 20009.

That after due search, careful inquiry and diligent attempts, I have been unable to serve Michael Sein, with the above named process.

That on August 18, 2011 at 7:50 PM, I attempted to serve the defendant, Michael Sein at 4849 Connecticut Avenue, NW, Washington, DC 20008. On this occasion, the Concierge did not find the occupant listed in the directory.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this 28th day of September, 2011.

Angela H. Cloxon
Notary Public       My Commission Expires: 03-31-14

ID: 11-062779

Client Reference: 4792-2010008