1232 Tamm Ave
Saint Louis, MO 63139
ID Number: 3081

09/09/2011

Court Clerk
U.S. District Court of the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**Leave to file GRANTED**

_/s/ Beryl A. Howell 9/30/11_
Beryl A. Howell          Date
United States District Judge

RE: Objection to Subpoena; Voltage Pictures, LLC v. Does 1 - 5,000 (1:10-cv-00873-RMU)

To Whom It May Concern:

I am writing to formerly object to the release of my personal information, including my name, telephone number, Media Access Address, and email address to the plaintiff(s) in the above titled subpoena/action, and to any of their attorneys, agents, or any agents of the attorneys. Under federal law and the Federal Rules of Civil Procedure, I am entitled to submit a written objection to a request or subpoena for personally identifiable information made to my cable service provider.

The privacy of cable service subscribers is protected under federal law. Specifically, provisions of The Cable Act of 1984 provide that: "a Cable Operator shall not disclose the personally identifiable information concerning a subscriber without prior written or electronic consent of the subscriber concerned." **47 U.S.C. § 551 (1984).** A cable operator may disclose a subscriber's personally identifiable information under only three circumstances; **(i.)** if it is necessary to render or conduct business activity related to the cable service provided by the cable operator; **(ii.)** disclosure is made to a government entity pursuant to a court order, and only if the government entity offers the court clear and convincing evidence that the subject of the information is reasonably suspected of engaging in criminal activity; **(iii.)** it is made to any cable service provided that the subscriber is notified and given the opportunity to prohibit or limit such disclosure. **Id.**

In its subpoena, the plaintiff requests that my cable service provider release personally identifiable information about me, including my name, address, telephone number, and email address. In addition, the plaintiff requests that the cable provider release the Media Access

RECEIVED Mail Room SEP 15 2011 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

Address associated with my cable service account. Disclosure of my personal Media Access Address would lead to the discovery of my name, address, telephone number, and email address on record with the cable provider.

The plaintiff is neither a government entity or cable service provider, and the personal information it seeks is not for the purpose of a criminal prosecution or legitimate business activity associated with rendering my specific cable service. Furthermore, I have NOT provided written, electronic, or any other form of consent to my cable company to release personally identifiable information. In addition, I have submitted a written objection to the release of my personal information to my cable service provider.

Given the privacy protection of the federal laws discussed above, and my written objection to discloser of personally identifiable information, I ask that the court prohibit the release of my name, address, phone number, email address, and Media Access Address to the plaintiff(s).

Sincerely,

Kelley A. Johnson

AO 88B (Rev 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Voltage Pictures, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:10-cv-00873-RMU |
| DOES 1-5,000 ) | |
|  ) | (If the action is pending in another district, state where: |
| *Defendant* ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Charter Communications, Inc., Attn: Custodian of Records
12405 Powerscourt Drive, St. Louis, MO 63131; Fax: 314-909-0609

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC 1200 G Street, NW Suite 800, Washington, DC 20005 | Date and Time: 10/18/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/19/2010

CLERK OF COURT

OR  *[signature]*

_____    _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Plaintiff__
Voltage Pictures, LLC _____, who issues or requests this subpoena, are:

Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 1200 G Street, NW Suite 800, Washington, DC 20005
Tel: 877-223-7212, Fax: 866-874-5101, email: subpoena@dgwlegal.com

**Full docket text:**
MINUTE ORDER granting [4] motion for order. Upon consideration of the plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference, it is hereby ORDERED that the motion is GRANTED. SO ORDERED. Signed by Judge Ricardo M. Urbina on 06/25/2010. (EN, )

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/30/2010 14:19:58 | | | |
| PACER Login: | dg1227 | Client Code: | Voltage |
| Description: | History/Documents | Search Criteria: | 1:10-cv-00873-RMU |
| Billable Pages: | 1 | Cost: | 0.08 |