September 6, 2011

Lee Ann Wellerritter
21 Sapphire Lane
Fairview Heights, IL 62208

Phone: 618-398-9822

United States District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

Attn: Legal Department

Leave to file GRANTED

*/s/* Beryl A. Howell  9/30/11
Beryl A. Howell      Date
United States District Judge

RE: **OBJECTION LETTER** - Civil Action No.: 1:10-cv-00873-RMU
- Voltage Pictures v. Does 1-5,000
- IP Address: 24.182.224.178

To Whom it May Concern:

I have received a letter from my local internet service in regard to an alleged illegal movie download of The Hurt Locker.

**I am formally OBJECTING to this accusation and do not want my name and address released to the lawyers handling this case.**

Thank you for your help in this matter.

*Lee Ann Wellerritter*

Lee Ann Wellerritter

RECEIVED
Mail Room

SEP 1 2 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Voltage Pictures, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10-cv-00873-RMU |
| DOES 1-5,000 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Charter Communications, Inc., Attn: Custodian of Records
12405 Powerscourt Drive, St. Louis, MO 63131; Fax: 314-909-0609

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC<br>1200 G Street, NW Suite 800, Washington, DC 20005 | Date and Time:<br>10/18/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/19/2010

CLERK OF COURT

_____   OR   _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____Plaintiff_____
Voltage Pictures, LLC_____, who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 1200 G Street, NW Suite 800, Washington, DC 20005
Tel: 877-223-7212, Fax: 866-874-5101, email: subpoena@dgwlegal.com

**Full docket text:**
MINUTE ORDER granting [4] motion for order. Upon consideration of the plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference, it is hereby ORDERED that the motion is GRANTED. SO ORDERED. Signed by Judge Ricardo M. Urbina on 06/25/2010. (EN, )

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/30/2010 14:19:58 | | | |
| PACER Login: | dg1227 | Client Code: | Voltage |
| Description: | History/Documents | Search Criteria: | 1:10-cv-00873-RMU |
| Billable Pages: | 1 | Cost: | 0.08 |



Charter Communications, Inc.
Legal Department
12405 Powerscourt Dr.
St Louis, MO 63131
Fax: 314-909-0609

## IMPORTANT LEGAL NOTICE: PLEASE READ CAREFULLY

August 30, 2011

*OBJECTION DEADLINE*

LEE WELLERRITTER
21 SAPPHIRE LN
FAIRVIEW HEIGHTS, IL 62208

**September 14, 2011, 4:00 pm CT**

**References Used In This Notice**

- Court Case: Voltage Pictures, LLC (the "Plaintiff") v. Does 1-5,000, 1:10-cv-00873-RMU
- Court: UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA
- Copyrighted Work: Hurt Locker
- Identifying Information: Accountholder Name, Address(es), Telephone Number, Modem MAC Address
- Charter Case Number:10-5044
- Your ID Number: 3225

Dear Sir or Madam:

Charter has received a subpoena from attorneys for the Plaintiff seeking certain information about your Charter internet account ("Account"), including the Identifying Information listed above. The Court has issued an order compelling Charter to disclose this information relating to your Charter Account. Charter respects the privacy of its subscribers, and will disclose customer information only to the extent required by law, as indicated in Charter's privacy policy on www.charter.com. Because a court order authorizes the Plaintiff to obtain this information, Charter must disclose these records unless you formally oppose disclosure in the Court by the objection deadline stated above. Copies of the court order and subpoena are attached.

Charter records indicate that an IP address listed on an exhibit to the subpoena was assigned to your Account at the given date and time. Below is a copy of the log that associates the IP with your Account in this format: IP Address – Modem MAC – CPE MAC – IP Lease Start Time – IP Lease End Time.
24.182.224.178 00:16:92:4a:ab:7c 00:25:9c:d8:32:fd 2010-04-29 20:02:50 2010-09-22 18:16:27

**Please note**: Charter cannot provide you legal representation and cannot object to the subpoena or court order on your behalf. If you wish to take action in this matter, you should contact an attorney immediately, who can advise you of your specific legal rights. If you intend to oppose the order, you should do so without delay in the court identified in the subpoena and order. **AN OBJECTION MADE SOLELY TO CHARTER IS INSUFFICIENT; OBJECTIONS MUST BE MADE DIRECTLY TO THE COURT. HOWEVER, CHARTER MUST BE NOTIFIED OF AN OBJECTION NO LATER THAN THE OBJECTION DEADLINE GIVEN ABOVE.**

If you file an opposition to the order, you or your attorney should provide a copy of the objection you submitted with the Court to Charter (attention "Legal – File-Sharing Team" via facsimile at 314-909-0609) by the objection deadline stated above so that Charter may withhold disclosure of your information. **PLEASE CLEARLY INDICATE IN YOUR COPY TO CHARTER (1) THAT YOUR OBJECTION WAS MADE TO THE COURT AND (2) PROVIDE YOUR NAME AND ADDRESS OR A COPY OF THIS LETTER. WITHOUT THIS INFORMATION CHARTER CANNOT WITHHOLD DISCLOSURE OF YOUR INFORMATION.**

Version HL 3.2011

Please also note that the Court issued an order on February 24, 2011 stating the following, which may be relevant if you choose to file an objection:

> "... [It] is hereby
> **ORDERED** that any motion in this matter sent to the Court that does not provide the name, address and telephone number of the person submitting the motion, as required by Rule 11(a) of the Federal Rules of Civil Procedure and Local Civil Rule 5.1(e), shall not be docketed by the Clerk of the Court; ..."

Questions regarding your legal rights should be directed to the attorney of your choice. If you or your attorney has questions regarding the subpoena itself, you should contact the requestor directly. If you have any questions regarding your Account, Charter's policies or this correspondence, you should review the attached FAQs or the named accountholder may call Charter's Security Department directly at 866-228-0195. Please have this letter in hand if you call because you will be asked to confirm information contained herein.

Sincerely,

**Charter Communications, Inc.**

Enclosures