Leave to file GRANTED

_____ 9/30/11
Beryl A. Howell        Date
United States District Judge

September 20, 2011

Re: Voltage Pictures, LLC v. Claudio Vazquez, Does, et al
United States District Court for the District of Columbia
Docket No.: 1:10-cv-00873-BAH
Order Entered: June 25, 2010
Comcast File #: 230631

To Whom It May Concern:

I am filing this notice with the Court in the District of Columbia to quash and vacate the above subpoena and contest the release of my information by Comcast.

Sincerely,

Linda L. Matson
20305 NE 58th Street
Vancouver, WA 98682
360.256.1283

September 20, 2011

Fax Transmission

To: Angela D. Caesar, Clerk of Court
United States District Court for the District of Columbia
Fax #: 202.354.3392

From: Linda L. Matson
360.256.1283

Re: Voltage Pictures, LLC v. Claudio Vazquez, Does, et al
United States District Court for the District of Columbia
Docket No.: 1:10-cv-00873-BAH
Order Entered: June 25, 2010
Comcast File #: 230631

Copy to: Comcast
Fax #: 866.947.5587