Todd Alan Braun
1623 Colony Ct. #8
North Mankato, MN. 56003
Tel: (507)469-5120

September 11, 2011

The Honorable Ricardo M. Urbina Judge,
U. S. District Court
for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Leave to file GRANTED

*[signature]* 9/30/11
Beryl A. Howell            Date
United States District Judge

Dear Judge Urbina,

I, Todd Alan Braun, is a respondent in the civil case No. 1:10-cv-00873-RMU. I am writing this letter to submit to the Court, in the following pages, a **Motion to Quash the Subpoena** to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. Consideration is respectfully acknowledged.

Respectfully,

*[signature: Todd A. Braun]*

Todd Alan Braun
DOB 06/08/1968

RECEIVED
Mail Room

2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# United States District Court

For the District of Columbia

| | | |
|---|---|---|
| Voltage Pictures LLC | ) | |
| Plaintiff, | ) | |
| V. | ) | Civil Action No |
| | ) | 1:10-cv-00873-RMU |
| Does 1-5,000           *pro se* | ) | |
| IP 71.10.84.255           Defendant | ) | |

## Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**An Original Subpoena was delivered to Charter Communications, Inc., Attn: Custodian of Records 12405 Powerscourt Drive, St. Louis, MO 63131; Fax 314-909-0609**

**The subpoena commands Charter Inc. to provide electronic documents and records which are connected or associated with the IP Address 71.10.84.255 for the date 5/13/10 at 01:16:37 Central Time Zone**

I am respectfully requesting that this order be quashed and the records not be released to the plaintiff, Voltage pictures, LLC. Due to the fact my internet connection was not secure at the time and anyone of my neighbors may have been downloading material through my IP address. I worked to fix the problem and my internet configuration is now password secured and is only known to me. This Security Configuration should limit neighbors or passerby's ability to connect via my network.

Furthermore, I do not own or possess and have not owned any of the Plaintiff's films to the best of my knowledge.

Sincerely,

*Todd A. Braun* (signature)

**Todd A. Braun**



AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Voltage Pictures, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:10-cv-00873-RMU |
| DOES 1-5,000 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Charter Communications, Inc., Attn: Custodian of Records
12405 Powerscourt Drive, St. Louis, MO 63131; Fax: 314-909-0609

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC 1200 G Street, NW Suite 800, Washington, DC 20005 | Date and Time: 10/18/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  10/19/2010

  *CLERK OF COURT*
                                                             OR          [signature]

  _____                                     _____
  *Signature of Clerk or Deputy Clerk*                                 *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Plaintiff
Voltage Pictures, LLC                                                                 , who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 1200 G Street, NW Suite 800, Washington, DC 20005
Tel: 877-223-7212, Fax: 866-874-5101, email: subpoena@dglegal.com