U.S. District Court for D. C.
333 Constitution Ave. N.W.
Washington D.C. 20001
September 13, 2011

Leave to file GRANTED

_____
Beryl A. Howell        Date
United States District Judge

To whom it may concern:

Yesterday September 12, 2011 I received a letter postmarked Aug. 30, 2011 from Charter Communications concerning a court case about a downloaded movie.
This letter is in reference to
 Court case Voltage Pictures, LLC (the "Plaintiff) v. Does 1-5,000,1:10-cv-00873-RMU.
Charter Case Number: 10-5044
ID Number 3257

I am objecting to the disclosure of my identifying information by Charter Communications.
I, nor my husband, downloaded this or any other movies from this company.  I have no idea what this movie is about, or when it was released.

I spoke with a person at Charter, and was told that if I had wireless and if wasn't protected someone could have downloaded a movie with out my knowledge.  I have since secured my wireless.

I buy dvds, also have a Netflix account that I use to watch movies.

*Karlo Belak*

Karlo Belak
P.O. Box 39
4368 Belmont Ln.
Hester, LA
     70743
225-869-3708

RECEIVED
Mail Room

2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Voltage Pictures, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10-cv-00873-RMU |
| DOES 1-5,000 | ) | |
| | ) | (If the action is pending in another district, state where: ) |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Charter Communications, Inc., Attn: Custodian of Records
12405 Powerscourt Drive, St. Louis, MO 63131; Fax: 314-909-0609

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC 1200 G Street, NW Suite 800 Washington, DC 20005 | Date and Time: 10/18/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/19/2010

CLERK OF COURT

OR _____/s/_____

*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Plaintiff___
Voltage Pictures, LLC , who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 1200 G Street, NW Suite 800, Washington, DC 20005
Tel: 877-223-7212, Fax: 866-874-5101, email: subpoena@dgwlegal.com

RECEIVED Mail Room 2011 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia