Michael Albert
879 Cresswell Lane west
Jacksonville Florida 32221
(904) 781-2692

Leave to file GRANTED

_____ 9/30/11
Beryl A. Howell          Date
United States District Judge

US District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington D.C  20001

September 20, 2011

RE: Voltage Pictures LLC v Claudio Vazquez, Does, et al
Docket No: 1:10-cv-00873-BAH
Comcast files # 230351

I, Michael Albert, object to the subpoena to produce documents and information in the above civil action. I have no knowledge of the plantiff or copyrighted work.

I am a retired United Parcel Service Manager and have never visited the BitTorrent website or downloaded the movie The Hurt Locker. As my Comcast billing history reflects, I spend a great deal of money renting movies. There is no need for me to download any movie. It is not worth my time or effort.

In addition, my records show that I have a different IP address than listed in the subpoena. According to my records, I have had the same IP address since September 2010. The subpoena states that the movie was downloaded on 08/11/2010 at 1:41 am. I asked Comcast to supply me with proof that the subpoenaed IP address belonged to me during the time period in question. They have yet to do so. They did supply me with a list of IP addresses going back to March 20, 2011; however, the list appears to be a "cut and paste" spreadsheet with neither my name or account number mentioned or linked to the IP address.

Respectfully,

Michael A. Albert

RECEIVED
Mail Room

' 1 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia