United States District Court

Civil Action No. 1:10-cv-00873-BAH

Re:
Voltage Pictures, LLC v. Claudio Vazquez, Does, et al
United States District Court for the District of Columbia
Docket No.: 1:10-cv-00873-BAH

Leave to file GRANTED

_____  9/30/11
Beryl A. Howell        Date
United States District Judge

September 16, 2011,

Motion to quash or vacate the Subpoena

I have received notification from my internet provider that I have been named in the above lawsuit. I am writing to file a motion to quash or to vacate the Subpoena, so my contact information does not have to be provided to Voltage Pictures. I live in Pennsylvania and cannot get to D.C. in person to take care of this. I also do not have the money to hire an attorney.

I have no idea what a Bit Torrent is let alone use it to download any file. I know that no one in my household downloaded anything. At the time listed in the documents I received, my wireless account was not password protected so I don't know if that is what happened or not.

Basically, I did not copy the movie nor do I know if anyone else did or not. I do not know why I am listed as potentially having to provide my personal information.

Please accept my motion to quash or vacate the Subpoena.

Thank you.

*Cheryl Dunn*
Cheryl Dunn
606 S. Walnut St.
Blairsville, PA 15717
724/420-6562

RECEIVED
Mail Room

2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia