IN THE UNITED STATES DISTRICT COURT
for the
District of Columbia

Leave to file GRANTED

Beryl A. Howell                Date
United States District Judge

| | |
|---|---|
| Voltage Pictures, LLC ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:10-cv-00873-RMU |
| ) | |
| Does 1-5,000 ) | |
| Defendant ) | |

## DEFENDANT'S ANSWER TO SUBPOENA TO PRODUCE DOCUMENTS, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

NOW COMES the defendant, Roselyn J. Hart and hereby answers the Plaintiff's request to have Charter Communications, Inc. produce records related to my account information.

1. I have no knowledge of Voltage Pictures, LLC or any of their products.

2. I have not contracted with, nor knowingly had any business relationship with Voltage Pictures, LLC.

3. I have not willingly or knowingly downloaded, contracted to download, or otherwise utilized any product owned or licensed by Voltage Pictures, LLC.

4. I object to Voltage Pictures, LLC obtaining access to my account information through Charter Communications, Inc.

WHEREFORE, Roselyn J. Hart, defendant, prays that this Court denies the request by the Plaintiff as unnecessary and a violation of defendant's privacy.

Respectfully Submitted,

Roselyn J. Hart, Defendant

AO 88B (Rev 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Voltage Pictures, LLC<br>*Plaintiff*<br>v.<br>DOES 1-5,000<br>*Defendant* | )<br>)<br>) Civil Action No. 1.10-cv-00873-RMU<br>)<br>) (If the action is pending in another district, state where:<br>) ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Charter Communications, Inc., Attn: Custodian of Records
12405 Powerscourt Drive, St. Louis, MO 63131; Fax: 314-909-0609

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC<br>1200 G Street, NW Suite 800, Washington, DC 20005 | Date and Time:<br>10/18/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/19/2010

*CLERK OF COURT*                    OR      [signature]

_____              _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____Plaintiff_____
Voltage Pictures, LLC _____, who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 1200 G Street, NW Suite 800, Washington, DC 20005
Tel: 877-223-7212, Fax: 866-874-5101, email: subpoena@dgwlegal.com

# Facsimile Transmittal

| To: | Honorable Judge Ricardo M Urbino<br>United States District Court | Fax: | (202) 354-3392 |
|---|---|---|---|
| From: | Roselyn Hart | Date: | 9/14/2011 |
| Re: | CAV 1:10-cv-00873-RMU | Pages: | 3 |
| CC: | Nicholas A Kurtz<br>Dunlap Grub & Weaver PLLC<br>1200 G Street, NW Suite 800<br>Washington, DC 2005 | | |
| CC: | Charter<br>Legal File Sharing Team<br>12405 Powerscourt Dr<br>St Louis, MO 63131 | | |

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Please see attached objection for release of information for the above civil case.

Thank you,
Roselyn J Hart
608-215-6603