CO 538
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

VOLTAGE PICTURES, LLC
Plaintiff(s)

vs.

Civil Action No. 1:10-cv-00873-BAH

CLAUDIO VAZQUEZ, et al.
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 5th day of October, 2011, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) MODERN CLASSICS INC. was [were] (select one):

☑ personally served with process on August 23, 2011.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

Nicholas A. Kurtz
Dunlap, Grubb & Weaver, PLLC
1200 G Street, NW, Suite 800
Washington, DC 20005
202-316-8558

980091
Bar Id. Number

Name, Address and Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2011, a true and correct copy of the foregoing AFFIDAVIT IN SUPPORT OF DEFAULT was sent via first-class mail to the following:

Modern Classics, Inc.
955 V Street, NE
Washington, DC 20018
*Defendant*

I hereby certify that on October 5, 2011, I electronically filed the foregoing AFFIDAVIT IN SUPPORT OF DEFAULT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian V. Lee
brian.lee@ackerman-legal.com
*Attorney for Defendant Susan Glass*

/s/ Nick Kurtz
Nicholas A. Kurtz