Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

VOLTAGE PICTURES, LLC

        Plaintiff(s)

v.

Civil Action: 10-873 BAH

CLAUDIO VASQUEZ, et al

        Defendant(s)

**RE:** MODERN CLASSICS, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and amended complaint on August 23, 2011, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of October, 2011 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
Deputy Clerk