Miho Zaitsu
3045 Godwin Terrace 5A
Bronx, NY 10463
(832) 549-1794
cellodeco@gmail.com

Leave to file GRANTED

/s/ B.A. Howell  10/11/2011

Beryl A. Howell     Date
United States District Judge

October 1, 2011

United States District Court
333 Constitution Ave NW # 6822
Washington D.C., DC 20001-2858

To Whom It May Concern:

Attached are three copies of the motion to quash Civil Action No. 1:10-cv-00873-RMU and self-addressed envelope.

Thank you for your time and assistance on this matter.

Sincerely,

Miho Zaitsu

RECEIVED
Mail Room

OCT - 4

Angela D. Caesar, Clerk
U.S. District Court, District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VOLTAGE PICTURES, LLC | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:10-cv-00873-RMU |
| DOES 1-5,000, | ) | |
|    Defendants | ) | |
| | ) | |
| | ) | |

## MOTION TO QUASH

Defendant (IP Address 72.80.248.190) moves for an order of quashing the subpoena served upon Verizon Online as it pertains to Defendant, on the grounds that

(1) the subpoena issued from the U.S.D.C. for the District of Columbia must be quashed due to its failure to establish personal jurisdiction, as Defendant has no contact to District of Columbia, has never conducted any business in District of Columbia.

(2) It requires the Custodian of Records of Verizon, located in San Angelo, Texas, to produce documents at the office of Plaintiff's counsel in Washington D.C., which is more than 1,500 miles away, thus, it is unduly burdensome.

(3) must be quashed under Rule 45(c)(3)(A)(ii) because it subjects Doe Defendant, apparently an identified customer of Verizon, to undue burden, in that her name will be revealed to Plaintiff, resulting in the invasion of Defendant's privacy, and causing the Defendant, a currently enrolled Doctoral

1



    student, to have to defend herself in an action more than 200 miles away from her home;

(4) Must be quashed due to a lack of specification of time and place for inspection of premises on said subpoena.

This motion is based upon Rule 45,(c)(3) and the following points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

## STATEMENT OF FACTS

Defendant (IP Address 72.80.248.190) has been served with a copy of a subpoena on Form AO 88B (Rev.06/09), which appears to be pre-printed. The subpoena calls for production at an office in Washington, D.C. Bronx, New York, is more than 200 miles from Washington, D.C.

Defendant is a private citizen who lives more than 200 miles from Washington, D.C. Defendant has been notified by Verizon that Verizon believes that Defendant's "IP" address is an address included on a spreadsheet produced by the plaintiff with the subpoena served upon Verizon.

The complaint and attachments to the subpoena to Verizon in this action allege that the defendants downloaded a movie. Defendant considers the allegations to be untrue, unfounded and without any merit.

## DISCUSSION

1. <u>The Subpoena Should Be Quashed.</u>

The subpoena must be quashed because it requires the Custodian of Records of Verizon, located in San Angelo, Texas, to produce documents at the office of Plaintiff's counsel in Washington, D.C., which is more than 1,500 miles away.

In addition, the subpoena should be quashed under Rule 45(c)(3)(A)(ii) because it subjects Doe Defendant, apparently an identified customer of Verizon, to undue burden, in that her name will be revealed to Plaintiff, resulting in the invasion of Defendant's privacy, and causing Defendant, a currently enrolled Doctoral Student, to have to defend herself in an action more than 200 miles from her home.

Therefore, Doe Defendant (IP Address 72.80.248.190), requests that the subpoena be declared INVALID or be QUASHED.

Dated this 30th day of September, 2011.

Doe Defendant
IP Address 72.80.248.190