10/07/2011
        To The Honorable Judge
In the case of
Re:  Voltage Pictures, LLC v. Claudio Vazquez, Does, et al
United States District Court for the District of Columbia
Docket No.: 1:10-cv-00873-BAH
Order Entered: June 25, 2010
Comcast File # 230440

Leave to file GRANTED

*[signature]* 10/14/2011
Beryl A. Howell   Date
United States District Judge

Motion To Quash And Or To Vacate The Subpoena

      I am asking permission to do this because I IP address 98.254.171.82
1) Live in the state of Florida and I am Disable and unable to travel and living on a fixed income.
2) In no moment did I copy the movie.
3) My router went bad and got a new one and my internet was not locked. At any given day my two daughters would go on the lap top and we can see that there were at least seven or more people using my wireless connection.
4) I give permission to who so ever need to inspect my personal home computer to show that, the movie The Hurt Locker was not downloaded in my computer.
5) I don't even know how to use the computer only to read my e-mails, go on FACEBOOK or if I go from AOL to Bellsouth or Comcast which are all three places I have emails accounts.
6) I am not lying don't have nothing to hide. Since I received this Subpoena I paid a friend who knows about computers and had him lock my router so without a password no one can use my wireless connection anymore I' am deeply sorry about this , and would not like Voltage Pictures, LLC to think that I copy a movie when I didn't. Also sadly never heard or seen the movie before. I'm also informing the courts that I called Comcast before Sept. 21,2011 and faxed them a shorter version of this letter and sent a certify return receipt to Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC at 5335 Wisconsin Ave. NW, Suite 440 Washington, D.C. 20015-2052 which was what I thought I was suppose to response to. On Oct. 07, 2011 I received a call from Comcast that I was suppose to response to your Court and gave me until Friday Oct. 14, 2011 to response to the Courts. I'm deeply sorry I cant afford a lawyer and hope this letter is sufficient and understandable. Also as of the time I sent the letter to the Plaintiff I have moved and in this letter I'm sending both my old add. And my present add. really sorry for any and all the inconvenience this has cause on my behalf.

                              Thank You
                              Amelia Santaliz
                              *[signature]*
                              974 S.E. Caravan Ave.
                              Port Saint Lucie Florida 34983
                              (772)-204-2930
                              (772)-475-1240

OLD ADD.
372 N.W. Broadview Street PSL. FL. 34983



RECEIVED
Mail Room

Angela D. Caesar, Clerk of Court
District Court, District of Columbia