US District Court for D.C.

333 Constitution Ave. N. W.

Washingto D.C. 20001

Leave to file GRANTED

_/s/ A Howell 10/14/20__
Beryl A. Howell      Date
United States District Judge

Sept. 10, 2011

To whom it may concern:

I am writing to you regarding civil action suit 1 : 10 – cv-00873 – BAH. Please consider this as my formal opposition to the the disclosure of my name and contact information to the plaintiff : Voltage Pictures, LLC. I can assure your honorable court that I have neither downloaded nor distributed ANY Hurt Locker movie and I, myself have never seen this movie.

Thank you very much for your consideration and God bless!

Gloria Punzalan



RECEIVED
Mail Room

OCT 11 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

GT Dungleer
91 Palloveren #
Valley CA 94941

U.S. District Court for DC
333 Constitution Ave N.W.
Washington D.C. 20001



20001328:07

OAKLAND CA 946
10 OCT 2011 PM 4 L

USA FIRST-CLASS FOREVER