# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOLTAGE PICTURES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLAUDIO VAZQUEZ;<br>MODERN CLASSICS INC.;<br>SERGIO SAPAJ; ROY MCLEESE;<br>KELECHI LANE; SHYAM MADHAVAN;<br>SUSAN GLASS;<br>DANIEL BREMER-WIRTIG;<br>MICHAEL SEIN; ELENA DITRAGLIA;<br>IRIDE CECCACCI;<br>J BARRY HARRELSON;<br>and DOES 1 – 24, 583<br><br>　　　　Defendants. | Civil Action No. 10-00873 (BAH)<br>Judge Beryl A. Howell |

## ORDER

Upon consideration of Movant Candice Seaverns' Motion to Intervene, as well as her motions to dismiss, quash, and for a protective order, the memoranda filed in support of and opposition to these motions, and the applicable law, it is hereby

**ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the Movant's motion to intervene is DENIED; and it is further

**ORDERED** that, for the reasons set forth in the Court's May 12, 2011 Memorandum Opinion, the Movant's motions to dismiss, quash, and for a protective order are DENIED.

**SO ORDERED.**

**DATE: OCTOBER 20, 2011**　　　　　　　　　　/s/ *Beryl A. Howell*
　　　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge