CO 547
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

VOLTAGE PICTURES, LLC
　　　Plaintiff(s)

vs.

CLAUDIO VAZQUEZ, et al.
　　　Defendant(s)

Civil Action No. 1:10-cv-00873-BAH
In re:
　　KELECHI LANE
　　　　　(Defendant)

## MILITARY AFFIDAVIT
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

　　I hereby certify under penalty of perjury, this 7th day of November, 2011, that (select one):

　　[X] I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate on plaintiff's behalf.
　　[ ] I am the plaintiff in the above-entitled case.

　　I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that as a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction in to the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a _____.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff(s) [signature]

　　　　　　　　　　　　　　　　　　　　　　Nicholas A. Kurtz
　　　　　　　　　　　　　　　　　　　　　　Dunlap, Grubb & Weaver, PLLC
　　　　　　　　　　　　　　　　　　　　　　5335 Wisconsin Ave. NW, Ste. 440
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20015
　　　　　　　　　　　　　　　　　　　　　　202-316-8558

980091
Bar Id. Number　　　　　　　　　　　　　　　　　　Name, Address and Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2011, a true and correct copy of the foregoing MILITARY AFFIDAVIT (RE: Defendant Kelechi Lane) was sent via first-class mail to the following:

Kelechi Lane
1336 Van Buren Street, NW
Washington, DC 20012
*Defendant*


I hereby certify that on November 7, 2011, I electronically filed the foregoing MILITARY AFFIDAVIT (RE: Defendant Kelechi Lane) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian V. Lee
brian.lee@ackerman-legal.com
*Attorney for Defendant Susan Glass*


                                           /s/ Nick Kurtz
                                           Nicholas A. Kurtz