**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CA. 1:10-cv-00873-BAH |
| ) | |
| **CLAUDIO VAZQUEZ;** ) | |
| **MODERN CLASSICS INC.;** ) | |
| **SERGIO SAPAJ; ROY MCLEESE;** ) | |
| **KELECHI LANE; SHYAM MADHAVAN** ) | |
| **SUSAN GLASS;** ) | |
| **DANIEL BREMER-WIRTIG;** ) | |
| **MICHAEL SEIN; ELENA DITRAGLIA;** ) | |
| **IRIDE CECCACCI;** ) | |
| **J BARRY HARRELSON;** ) | |
| **and DOES 1 – 24,583** ) | |
| ) | |
|     Defendants. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS**

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, against the Doe Defendants listed in Exhibit 1 hereto pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

No dismissed Doe Defendant has filed either an answer or a motion for summary judgment. To the best of Plaintiff's knowledge, no dismissed Doe Defendant has a motion pending. This dismissal shall have no affect on IP address 98.196.132.138 (Doe No. 4869) or Defendants Glass, Lane, or Modern Classics, Inc. Accordingly, Plaintiff is able to voluntarily dismiss the remaining Doe Defendants notwithstanding Defendant Glass has filed an answer (Doc. No. 258). See Fed. R. Civ. P. 41(a)(1)(A)(i) (stating that the plaintiff may dismiss an action without a court order by filing a notice of dismissal before "the opposing party" serves

1

either an answer or a motion for summary judgment); Miniter v. Sun Myung Moon, 736 F.Supp.2d 41, 44-45 n. 7 (D.D.C. 2010).

Respectfully Submitted,

VOLTAGE PICTURES, LLC

DATED:  December 5, 2011

By: /s/
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*

Case 1:10-cv-00873-BAH   Document 315   Filed 12/05/11   Page 3 of 3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2011, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian V. Lee
brian.lee@ackerman-legal.com
*Attorney for Defendant Susan Glass*

                                                /s/ Nick Kurtz
                                                Nicholas A. Kurtz