**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VOLTAGE PICTURES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CLAUDIO VAZQUEZ, *et al.*,<br><br>        Defendants. | Civil Action No. 10-873 (BAH)<br>Judge Beryl A. Howell |

**ORDER**

Upon consideration of plaintiff Voltage Pictures, LLC's Motion for Entry of Default Judgment against defendant Modern Classics, Inc. pursuant to FED. R. CIV. P. 55(b), ECF No. 318, the Affidavit of Proper Service of Process upon defendant Modern Classics, Inc. filed on September 16, 2011, ECF No. 255, the Clerk's Entry of Default on said defendant, ECF No. 295, and the defendant's failure to plead or otherwise defend the allegations against it, it is hereby

**ORDERED** that plaintiff's Motion for Entry of Default Judgment is GRANTED IN PART and DENIED IN PART.  Plaintiff's request for entry of judgment is GRANTED, but plaintiff's request for statutory damages pursuant to 17 U.S.C. § 504(c) in the amount of $10,000 is DENIED.  Judgment is hereby entered against defendant Modern Classics, Inc., pursuant to 17 U.S.C. § 504(c), in the statutory minimum amount of $750 and costs and attorney's fees, pursuant to 17 U.S.C. § 505, in the amount of $2,715.

    SO ORDERED

DATED: DECEMBER 12, 2011               /s/ *Beryl A. Howell*
                                          BERYL A. HOWELL
                                          United States District Judge