# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | CA. 1:10-cv-00873-BAH |
| ) | |
| **CLAUDIO VAZQUEZ;** ) | |
| **MODERN CLASSICS INC.;** ) | |
| **SERGIO SAPAJ; ROY MCLEESE;** ) | |
| **KELECHI LANE; SHYAM MADHAVAN** ) | |
| **SUSAN GLASS;** ) | |
| **DANIEL BREMER-WIRTIG;** ) | |
| **MICHAEL SEIN; ELENA DITRAGLIA;** ) | |
| **IRIDE CECCACCI;** ) | |
| **J BARRY HARRELSON;** ) | |
| **and DOES 1 – 24,583** ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

## STIPULATION OF DISMISSAL

Plaintiff hereby gives notice that the parties hereby stipulate to dismissal of the case in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully Submitted,

VOLTAGE PICTURES, LLC

DATED:  December 16, 2011

By:    /s/    Nick Kurtz
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*

By: <u>/s/     Brian Lee                              </u>
Brian V. Lee, Esq.
LEE LEGAL, PLLC
1250 Connecticut Avenue NW, Suite 200
Washington, DC  20036
(202) 448-5136
(202) 640-2097 (fax)
bvlee@lee-legal.com
*Attorney for the Defendant Susan Glass*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2011, I electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian V. Lee
bvlee@lee-legal.com
*Attorney for Defendant Susan Glass*

                                              /s/ Nick Kurtz
                                              Nicholas A. Kurtz