United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

RE: Copyright Infringement of "The Hurt Locker"

Civil Action No. 1:10-cv-00873-BAH

Dear Sirs:

    I am writing you regarding civil action# 1:10-cv-00873-BAH . Please consider this as my formal opposition to the disclosure of my name and contact information to the Plaintiff : Voltage Pictures, LLC. I adamantly state that I and no member of my family ever downloaded or shared a copy of "The Hurt Locker".

    The first letter I received from Dunlap, Grubb & Weaver, PLC - Plaintiff's law firm was thrown away because I thought it was some computer generated scam. After receiving their second letter dated November 23, 2011 I contacted a family member who is in the information technology field who advised me that the letter was a legitimate document. As a result, I had my computer equipment checked out and found that my wireless router was not secured with a passphrase. The router was then immediately secured to avoid any vulnerable use by someone outside my home.

    As I stated, no one, including myself, downloaded any movies on my computer. I have also not been to the jurisdiction of the District of Columbia since 1966. I still have all the computer equipment that I had on the alleged infringement date of 8/9/2010 per their letter. It is available to have it evaluated or tested for any wrong- doing if needed.

    I hope this letter of explanation is sufficient to explain that I did not do anything illegal. As a sworn 26 year career Fire Battalion Chief and Paramedic with the Village of Lombard, Illinois, I would in no way jeopardize my career, family, and reputation by the alleged acts. I am not seeking legal assistance at this time but will certainly do so if needed. My dismissal in this action would be appreciated.

Thank you for your time,

Charles Ralis

*Charles Ralis*

Leave to file GRANTED

*Beryl A. Howell*  1/4/2012

Beryl A. Howell    Date
United States District Judge

RECEIVED
Mail Room

DEC 2 1

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia